UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN



U.S. DIST. COURT EAST DIST. WISC.
FILED
OCT - 1
AT _____ O'CLOCK _____ M
SOFRON B. NEDILSKY

UNITED STATES OF AMERICA
and the STATE OF WISCONSIN

Plaintiffs,

v.

P. H. GLATFELTER COMPANY
and
WTM I COMPANY
(f/k/a Wisconsin Tissue Mills Inc.),

Defendants.

CIVIL ACTION NO. 03-C-0949

Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures.

**ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

The United States has filed with the Court an "Unopposed Motion to Extend Time for Defendants to Answer Complaint." The United States has also lodged with the Court a proposed Consent Decree which would resolve the claims in the Complaint, upon the terms and conditions set forth in the Consent Decree. The United States' Motion seeks an extension of time for the Defendants to answer the Complaint, to allow time for receipt and consideration of public comment on the proposed Consent Decree, and for the Court's review of the Consent Decree after the relevant public comment period.

**NOW, THEREFORE**, in light of the United States' Motion and the proposed Consent Decree executed by the Plaintiffs and the Defendants, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants P. H. Glatfelter Company and WTM I Company shall not be required to answer the Complaint if the Court approves and enters the Consent Decree after the public comment period, but the Defendants shall answer the Complaint if the United States notifies the Defendant that it has withdrawn or withheld its consent to the Consent Decree, or if the Court declines to enter the proposed Consent Decree.

2. The time for each Defendant to answer the Complaint, if required under the preceding paragraph, is hereby extended until 30 days after the United States notifies the Defendants that it has withdrawn or withheld its consent to the Consent Decree, or until 30 days after the Court declines to enter the proposed Consent Decree.

**SO ORDERED.**

10/1/03

Date

United States District Judge