UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
and the STATE OF WISCONSIN,

        Plaintiffs,

        v.

P.H. GLATFELTER COMPANY
and
WTM I COMPANY
(f/k/a Wisconsin Tissue Mills Inc.),

        Defendants.

Case No. 03-C-0949

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2003, I presented a CD with all the initially filed documents that were filed on October 1, 2003, to the Clerk of Court for uploading to the ECF system, and I hereby certify that I have mailed by United States Postal Service the Order Extending Time for Defendants to Answer Complaint signed by Judge Adelman to the following non-ECF participants:

Nancy K. Peterson
Quarles & Brady LLP
411 East Wisconsin Ave, Ste 2040
Milwaukee, WI 53202-4497

Randall M. Stone
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Region V, Ben Franklin Station
Washington DC 20044-7611

| | |
|---|---|
| J. P. Causey, Jr.<br>Vice President & Corporate Secretary<br>WTM I Company<br>c/o Chesapeake Corporation<br>1021 E. Cary Street<br>Box 2350<br>Richmond, VA 23218-2350 | John Carlucci<br>Office of the Solicitor<br>U.S. Department of the Interior<br>1849 C Street N.W. - Rm. 6553<br>Washington, DC 20240 |
| Patrick H. Zaepfel<br>Environmental Counsel<br>Glatfelter<br>96 South George Street, Ste 500<br>York, PA 17401 | Roger M. Grimes<br>Associate Regional counsel (C-14J)<br>U.S. Environmental Protection Agency<br>77 W. Jackson Blvd<br>Chicago, IL 60604 |
| David G. Mandelbaum<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599 | Douglas P. Dixon<br>U.S. Environmental Protection Agency<br>Ariel Rios Building - Mail Code 2272A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 |
| Jerry L. Hancock<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Marguerite Matera<br>Office of General Counsel<br>National Oceanic and Atmospheric Administration<br>1 Blackburn Drive-Ste 205<br>Gloucester, MA 01930 |
| Peggy Schneider<br>Oneida Law Office<br>P.O. Box 109<br>Oneida, WI 54155 | Kathleen L. Cavanaugh<br>Assistant Attorney General<br>5th Floor, South Tower<br>Constitution Hall<br>525 West Allegan Street<br>Lansing, MI 48933 |

Mercedes Swimmer
Program Attorney
Menominee Tribal Offices
P.O. Box 910
Keshena, WI 54135

                          STEVEN M. BISKUPIC
                          United States Attorney

By:     S/
        Matthew V. Richmond (1005513)
        Attorney for
        United States Attorneys Office
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        (414) 297-1700
        Fax: (414) 297-4394
        matthew.richmond@usdoj.gov