UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and the STATE OF WISCONSIN | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 03-C-0949 |
| v. | : : | |
| P.H. GLATFELTER COMPANY and WTM I COMPANY (f/k/a Wisconsin Tissue Mills Inc.), | : : : : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance as attorney for Defendant, P.H. Glatfelter Company.

    Ballard Spahr Andrews & Ingersoll, LLP

    _s/David G. Mandelbaum_____
    David G. Mandelbaum, Esquire
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    (215) 864-8102
    Attorney for Defendant, P.H. Glatfelter Company

Date: October 13, 2003

PHL_A #1804951 v1
Case 2:03-cv-00949-LA    Filed 10/16/03    Page 1 of 3    Document 8

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2003, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon the following by First Class U.S. Mail:

| | |
|---|---|
| Matthew V. Richmond<br>United States Attorneys Office<br>Eastern District of Wisconsin<br>517 East Wisconsin Avenue, Room 530<br>Milwaukee, WI 53202 | Nancy K. Peterson<br>Quarles & Brady LLP<br>411 East Wisconsin Ave., Ste. 2040<br>Milwaukee, WI 53202-4497 |
| Randall M. Stone<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611<br>Region V, Ben Franklin Station<br>Washington, DC 20044-7611 | J.P. Causey, Jr.<br>Vice President & Corporate Secretary<br>WTM I Company<br>c/o Chesapeake Corporation<br>1021 E. Cary Street<br>Box 2350<br>Richmond, VA 23218-2350 |
| John Carlucci<br>Office of the Solicitor<br>U.S. Department of the Interior<br>1849 C Street N.W. – Room 6553<br>Washington, DC 20240 | Roger M. Grimes<br>Associate Regional Counsel (C-14J)<br>U.S. Environmental Protection Agency<br>77 W. Jackson Blvd.<br>Chicago, IL 60604 |
| Douglas P. Dixon<br>U.S. Environmental Protection Agency<br>Ariel Rios Building – Mail Code 2272A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | Jerry L. Hancock<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Marguerite Matera<br>Office of General Counsel<br>National Oceanic and Atmospheric Adminsitration<br>1 Blackburn Drive – Ste 205<br>Gloucester, MA 01930 | Peggy Schneider<br>Oneida Law Office<br>P.O. Box 109<br>Oneida, WI 54155 |

| | |
|---|---|
| Kathleen L. Cavanaugh<br>Assistant Attorney General<br>5th Floor, South Tower<br>Constitution Hall<br>525 West Allegan Street<br>Lansing, MI  48933 | Mercedes Swimmer<br>Program Attorney<br>Menominee Tribal Offices<br>P.O. Box 910<br>Keshena, WI  54135 |

_____
David G. Mandelbaum