# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

# PDF DOCUMENT REQUIREMENT

October 16, 2003

To: David G. Mandelbaum
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Case Title USA, et al. v P H Glatfelter Co, et al. and Case No. 03CV949 assigned to Judge Lynn Adelman has been designated for electronic filing. The official court record is the electronic file maintained by the Court's servers. Documents must be submitted in Portable Document Format (PDF) and must be filed electronically using the Court's internet-based Electronic Case Files (ECF) system. Registered users may file documents directly into ECF. If circumstances compel you to file prior to becoming a registered user, all documents submitted to the Clerk's Office in paper form must be accompanied by a copy of the document in PDF on a diskette or CD. Within 48 hours, you must submit a diskette or CD of the PDF file of the Entry of Appearance, Certificate of Service filed in this case on October 16, 2003.

A pleading or other document requiring an attorney's signature must be signed in the following manner, whether filed electronically or submitted on disk to the Clerk's Office:

    s/ J. D. Attorney
    J.D. Attorney Bar Number: 12345
    Attorney for (Plaintiff/Defendant)
    ABC Law Firm
    123 South Street
    Milwaukee, WI 53202
    Telephone: (414) 123-4567
    Fax: (414)123-4567
    E-mail: jdattorney@lawfirm.com

ONLY DOCUMENTS SIGNED IN THIS FASHION WILL BE ACCEPTED FOR FILING

Please see the Court's web site at wied.uscourts.gov for more information on electronic case filing and user registration.

SOFRON B. NEDILSKY
Clerk of Court