UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

United States of America and the State of Wisconsin,

        Plaintiffs,

        v.        Case No. 03-C-0949

WTM I Company, et al.

        Defendants.

## CERTIFICATE OF INTEREST
## WTM I COMPANY

WTM I Company (f/k/a Wisconsin Tissue Mills Inc.) by its counsel, furnishes the following list in compliance with Local Rule 83.9:

(a) The full name of every party or amicus the attorney represents in a case:

WTM I Company (f/k/a Wisconsin Tissue Mills Inc.)

(b) If such party or amicus is a corporation:

(1) Its parent corporation, if any:

Chesapeake Corporation

(2) A list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or amicus:

Chesapeake Corporation owns 100% of the stock of WTM I Company

(c) The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this Court:

Quarles & Brady LLP

Dated this 20th day of February, 2004.

                                               s/William H. Harbeck
                                               Wis. Bar No. 01007004
                                               Attorneys for Defendant WTM I Company
                                               Quarles & Brady LLP
                                               411 East Wisconsin Avenue
                                               Suite 2040
                                               Milwaukee, WI  53202-4497
                                               Telephone:  (414) 277-5000
                                               Fax:  (414) 978-8853
                                               Email: whh@quarles.com