UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

United States of America and the State of Wisconsin,

       Plaintiffs,

       v.                                                        Case No. 03-C-0949

WTM I Company, et al.

       Defendants.

## NOTICE OF APPEARANCE ON BEHALF OF WTM I COMPANY

To the Clerk:

    Please enter our appearance on behalf of WTM I Company in connection with the above-captioned action.

    Dated this 20th day of February, 2004.

                                          s/William H. Harbeck
                                          Wis. Bar No. 01007004
                                          Attorneys for Defendant WTM I Company
                                          Quarles & Brady LLP
                                          411 East Wisconsin Avenue
                                          Suite 2040
                                          Milwaukee, WI 53202-4497
                                          Telephone: (414) 277-5000
                                          Fax: (414) 978-8853
                                          Email: whh@quarles.com