UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
and the STATE OF WISCONSIN

     Plaintiffs,

   v.

P. H. GLATFELTER COMPANY
and
WTM I COMPANY
(f/k/a Wisconsin Tissue Mills Inc.),

     Defendants.

CIVIL ACTION NO. 03-C-0949

The Honorable Lynn Adelman

## VOLUME 6 OF 6

**APPENDIX OF PUBLIC COMMENTS ON
"CONSENT DECREE FOR REMEDIAL DESIGN AND REMEDIAL ACTION AT
OPERABLE UNIT 1 OF THE LOWER FOX RIVER AND GREEN BAY SITE"**

Respectfully submitted,

For the United States of America

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division

Date: March 8, 2004

S/ Randall M. Stone
RANDALL M. STONE, Trial Attorney
JEFFREY A. SPECTOR, Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone:  (202) 514-1308
Facsimile: (202) 616-6584
E-Mail:  RANDALL.STONE@USDOJ.GOV

INDEX OF PUBLIC COMMENTS

<u>VOLUME 6 OF 6</u>

| <u>Comment Set</u> | <u>Commenter</u> | <u>Page Range</u> |
| --- | --- | --- |
| 16. | Town of Vinland and certain other municipalities | OU 1 COM 235-288 |

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 2 of 56    Document 20

# *Revised Unit Cost Study*

# *For Commercial-Scale Sediment Melter Facility*

# *Glass Furnace Technology*

# *May 30, 2003*

*Prepared for:*

**Wisconsin Department of**

**Natural Resources**



OU1 COM 235

# UNIT COST STUDY
# FOR COMMERCIAL-SCALE
# SEDIMENT MELTER FACILITY

1.0 INTRODUCTION ........................................................................................................... 1

2.0 EXECUTIVE SUMMARY ............................................................................................. 2

3.0 PROCESS DESCRIPTION ........................................................................................... 3
3.1 Sediment preparation (pre-drying) .............................................................................. 3
3.2 Sediment drying ........................................................................................................... 4
3.3 Dry sediment storage and dry sediment feed mixer ..................................................... 4
3.4 Melter feeding and operation ....................................................................................... 4
3.5 Melter quench tank ....................................................................................................... 4
3.6 Melter off-gas treatment ............................................................................................... 5
3.7 Thermal oil energy supply and distribution system ...................................................... 5
3.8 Dryer exhaust gas treatment system ............................................................................ 6
3.9 Circulating cooling water system .................................................................................. 7
3.10 Air Separation Unit (ASU) oxygen supply .................................................................. 7
3.11 Dust control system ..................................................................................................... 8
3.12 Plant wastewater summary .......................................................................................... 8

4.0 DESIGN DIFFERENCES FROM ORIGINAL UNIT COST REPORT ........................... 9
4.1 Lower Organic Content ................................................................................................. 9
4.2 Pre-Calcined Lime Flux ................................................................................................ 9
4.3 Higher Solids Content ................................................................................................... 9
4.4 Higher Glass Yield ........................................................................................................ 10
4.5 Reduced Natural Gas Consumption ............................................................................. 10
4.6 Reduced Oxygen Consumption .................................................................................... 10
4.7 Higher Dryer Heat Transfer ......................................................................................... 10
4.8 Higher Wet Sediment Cohesion Point ......................................................................... 11
4.9 Lower Installation Costs ............................................................................................... 11
4.10 Increased Natural Gas Price ....................................................................................... 11

5.0 COST ANALYSIS - BASE CASE ................................................................................ 12
5.1 Projected Capital Cost .................................................................................................. 12
5.2 Projected Operating Costs ............................................................................................ 13
5.3 Present Value of 15-year Project .................................................................................. 13
5.4 Summary of Assumptions ............................................................................................. 15

6.0 SENSITIVITY ANALYSES ........................................................................................... 17
6.1 Overview ....................................................................................................................... 17
6.2 Project Sizes ................................................................................................................. 17
6.3 Sediment Storage .......................................................................................................... 18
6.4 Stand-alone Facility Design .......................................................................................... 18
6.5 Project Life Sensitivity ................................................................................................. 18
6.6 Sediment Moisture Sensitivity ..................................................................................... 19
6.7 Sensitivity Tables ......................................................................................................... 19

APPENDIX A - SENSITIVITY TABLES
APPENDIX B - DRAWINGS

OU1 COM 236

## 1.0　INTRODUCTION

Minergy Corporation respectfully submits this report to the Wisconsin Department of Natural Resources (the "Department") containing the results of a Revised Unit Cost Study for a commercial-scale sediment melter facility. The activities leading to this report are in conjunction with the Glass Aggregate Feasibility Study under the agreement between Minergy and the Department dated September 21, 2000, (State of Wisconsin purchase order number NMJ00001936), as amended under State of Wisconsin purchase order number NMB0000488 (the "Melter Demonstration Project").

The Unit Costs derived in this report reflect additional data relative to capital and operating costs that was derived by Minergy as part of its Supplemental Testing work scope (State of Wisconsin purchase order number NMC00000118). The scope of that work included characterizing sediment behavior in large-scale dryers, mixers, conveyors, bins, agglomerators, and other material handling devices. To perform these sediment characterizations, Minergy secured samples of Fox River sediment from 6 locations along the river, including twelve 55-gallon drums from Deposit W1. Minergy's sampling indicated different sediment characteristics than the sediment that was utilized in the Melter Demonstration Project. This report has factored in the sediment variances, which resulted in modified process flows, mass/energy balances, and resultant capital and operating costs.

This report is the result of a Cost Study and not an offer to construct a facility. The work performed within the scope of this study does not constitute detail engineering. Further detail engineering and design would improve the accuracy of the Cost Study results. Notwithstanding the Department's or any other party's desire to proceed with detail engineering or the development of a commercial scale facility, Minergy nonetheless reserves the right to make final determination on Minergy's participation.

## 2.0    EXECUTIVE SUMMARY

This study represents an update of the unit cost study completed in January 2002. Input data was updated based on information derived from the concurrent study for sediment characterization. The base case estimates are made using a plant size of 250 glass tons per day. This size is consistent with that used elsewhere in the Glass Aggregate Feasibility Study.

Estimates were performed for initial capital cost (including installation), and annual operations and maintenance costs. The net present value (NPV) of these costs was calculated using the State-supplied discount factor of 5% over a 15-year project life. An NPV unit cost was calculated by dividing the NPV by the total number of tons of sediment processed over the life of the project.

The base case plant assumptions
Processing capacity............................... 500 wet tons per day Sediment
Glass production..................................... 250 tons per day Glass
Operating timeframe .............................. 350 Operating Days/year
Staffing.................................................. 25 Employees
Sediment solids content........................... 55% solids

Base Case Cost results
Capital: .................................................. $32 million
Annual operations & maintenance ......... $6.2 million
15 Year NPV.......................................... $97 million
Sediment processed................................ 2.6 million tons
NPV Unit Cost ....................................... $37 per wet ton of Sediment

Several sensitivities were included for various sized melter projects.

Cost Sensitivities Studied
Plant Capacity ....................................... 4 project sizes
Sediment de-watering.............................. 6 levels of solids content from 30% - 55%
Operating days per year........................... Limited to dredging season or year-round
Project Life............................................ 7, 8, 10, 15 year lives

The resulting NPV unit cost range for all options was $25 to $55/ton. These results are consistent with the results derived in the original unit cost study.

Case 2:03-cv-00949-LA    Filed 03/08/04  COM  Page 6 of 56    Document 20

## 3.0   PROCESS DESCRIPTION

This section describes the process and equipment used in the base project with a capacity of 250 glass tons per day. The facility is designed to process dewatered river sediment that has been dredged from the Fox River.

The sediment enters the plant, is mixed with previously dried sediment to make it easier to handle, and is then dried to approximately 5% moisture. (See Drawing FVRS-PF-101 – Process Flow Diagram, Sediment Drying and Preparation, and Drawing FVRS-GA-101 – Conceptual General Arrangement, Main Processing Plant, Appendix B.) After the sediment is mixed with a fluxing material, it is fed into a large melter, capable of maintaining temperatures of approximately 2600-2900 °F. The sediment melts into a molten material, which drains from the melter, is quenched in a water bath, and turns into a glass aggregate. The melter is designed to produce 250 tons per day of aggregate, which will be sold for building products.

The entire process is optimized to conserve energy, reduce heat losses, and minimize labor requirements.

## 3.1   Sediment preparation (pre-drying)

Sediment is dredged and mechanically dewatered by others at the site. The material is moved by front-end loader into the short-term storage/mixing area in the dryer plant. Three wet sediment mixers are installed in the dryer plant. (See Drawing FVRS-PF-101 – Process Flow Diagram, Sediment Drying and Preparation, Appendix B.) Sediment, which has already been dried (total moisture content of approximately 5%), is added to the inlet of the wet sediment mixer. The purpose for the mixing is to improve material handling and behavior in the dryers, by eliminating self-agglomeration (otherwise known as cohesion point or "sticky phase") of the material. The moisture content of the sediment after mixing is approximately 25%.

Case 2:03-cv-00949-LA    Filed 03/00/04 COM 239 Page 7 of 56    Document 20

### 3.2    Sediment drying

After the sediment has been prepared by mixing, it is transported by enclosed conveyors to the dryer. The heat source for the dryers will be high temperature thermal oil, which in turn has been heated by the energy recovery system on the backend of the sediment melter. The sediment moisture content is reduced in the dryers from 25% to 5%. Water vapor from the drying of the sediment is exhausted to a vapor collection system, as described in *Dryer exhaust gas treatment system*, section 3.8.

### 3.3    Dry sediment storage and dry sediment feed mixer

Each drying line will have a dry sediment silo for storage of material to allow flexibility of operations. The dry sediment storage hopper discharges sediment to a small surge hopper at the wet sediment mixers or to a dry sediment mixer. A lime silo provides a supply of ground limestone to the feed mixer to work as a fluxing agent for control of the melting temperature. The dry sediment mixer combines the dry sediment with the lime. A conveyor will transport the material discharged form the dry sediment mixer to the melter inlet surge hopper.

### 3.4    Melter feeding and operation

A total of six chargers supply the melter with dry and fluxed river sediment. The melter heats the sediment to 2600 °F to 2900 °F. The molten material exits the main melter section and enters the forehearth. The forehearth then drains the hot glass into a water-filled quench tank. The glass furnace is heated with oxy-fuel fired burners. The burners are supplied by oxygen/natural gas control system fuel rails. Oxygen is provided by an on-site oxygen generation plant. Hot exhaust gas generated by the melter is exhausted into a hot gas heat recovery system and air quality control equipment (AQCE) prior to the exhaust stack.

### 3.5    Melter quench tank

The quench tank is water-filled, and receives the hot glass flow from the melter. The direct contact of the hot glass with the water will cause the material to solidify and fracture into the glass aggregate product. A screw or paddle conveyor is used to remove glass aggregate from the bottom of the quench tank. The conveyor is inclined in an enclosure, and as the aggregate is removed up the incline, free water drains back into the quench tank. The conveyor discharges

Case 2:03-cv-00949-LA      Filed 03/08/04    0U1  COM  240  Page 8 of 56    Document 20

the aggregate to an adjacent storage pile. The quench tank will be in a closed cooling water loop. The quench tank temperature will be maintained by constant circulation of water through a set of heat exchangers.

### 3.6    Melter off-gas treatment

The exhaust gas from the melter exits at 2700 to 2850 °F into the exhaust flue. (See Drawing FVRS-PF-102 – Process Flow Diagram, Melter Exhaust Heat Recovery and AQCE, Appendix B.) The exhaust flue also receives cool exhaust gas from an exhaust gas recirculation fan, which blends the cooler and hotter gases together within the flue. The cooled flue gas enters a heat recovery/thermal oil (HRTO) unit. The HRTO heats thermal oil, which is used to supply energy to the sediment drying process.

The flue gas exiting the HRTO is split into two parts. The first part is used as flue gas recirculation, and is routed back through a flue gas recirculation fan (FGR) into the blending section of the melter exhaust gas flue. The second part of the flue gas flow enters a high-energy venturi and packed tower section. The venturi section removes particulate from the exhaust, and the packed tower section removes $SO_2$. A packed tower is a device used to remove soluble gases by spraying water (along with treatment chemicals) through the gas stream. The water in the packed tower is in a closed recirculation loop. The packed tower operates in the condensing mode, requiring some blowdown water (ie, a slip stream) from the loop. Sodium hydroxide is the treatment chemical added to the packed tower water loop to control pH and provide for optimum $SO_2$ removal.

After the exhaust gas exits the packed tower, the flue gas enters a fabric filter. This device provides additional control and is especially effective for fine particulate. The exhaust flow from the fabric filter proceeds to a carbon filter bed. The carbon filter bed provides for removal of mercury, and can also remove other chlorinated organic compounds. After the exhaust gas exits the carbon bed, the gas is exhausted through the stack.

### 3.7    Thermal oil energy supply and distribution system

The main purpose of the thermal oil system is to provide thermal energy to the sediment dryers for the drying process. (See Drawing FVRS-PF-104 – Process Flow Diagram, Thermal Oil Supply System, Appendix B.) The system consists of the following components:

(1) A thermal oil auxiliary heater, which uses natural gas to heat thermal oil. The amount of natural gas fired in the unit is a function of the dryer plant energy demand. The amount of gas firing is controlled by monitoring thermal oil temperature, in inverse proportions.

(2) The HRTO unit, which recovers energy from the melter hot exhaust gas.

(3) An auxiliary heat sink (AHS), which dissipates heat in the event that one or all of the sediment dryers are not operational, while the HRTO continues to recover heat from an operational melter. The AHS unit is a standard shell and tube heat exchanger. Heat will be dissipated to the circulation water system.

(4) Circulation pumps and control valves, which provide the necessary energy to force the circulation of the thermal oil at the required process conditions.

(5) A thermal oil expansion tank.

(6) A thermal oil drain tank. Both items (5) and (6) are standard features for thermal oil systems, and are necessary for proper operation and maintenance of the system.

## 3.8    Dryer exhaust gas treatment system

The process of sediment drying forces water that is contained in the wet sediment feed to vaporize, while the sediment is in contact with the heated components of the sediment dryer. To assist in efficient removal of the water vapor, a controlled volume of sweep air is admitted into the dryer housing. (See Drawing FVRS-PF-103 – Process Flow Diagram, Dryer Off Gas Treatment, Appendix B.) At the opposite end of the dryer housing, the combined water vapor and sweep air are exhausted from the dryer unit. The exhaust gas passes through a mechanical collector. The mechanical collector removes a large percentage of the sediment dust that is entrained in the water vapor/sweep air mixture that is exhausted from the dryer. The dust is collected and the material is recombined with the dry sediment in any one of the dry sediment storage silos.

To provide for a "zero emissions" design, the water vapor/sweep air mixture is introduced into a venturi scrubber and packed tower arrangement. This device is similar in function to the venturi collector and packed tower used on the melter exhaust gas treatment system. The venturi collector removes an additional fraction of entrained sediment dust from the dryer exhaust stream. The water vapor is then condensed and removed by the packed tower section of the unit. A steady stream of water is circulated from a closed cooling water loop to the top of the packed

tower. The condensing process increases the water volume in the cooling loop, requiring some blowdown of water to a wastewater treatment facility.

The exhaust gas that exits the packed tower section is circulated by an exhaust fan. The entire dryer and exhaust system operates under a negative pressure condition to prevent fugitive dust emissions from the dryer casings. Since some inward air leakage is expected, a small vent stream will be split off from the exhaust fan. The exhaust stream will be directed to one of the burners on the melter. This will provide destruction of any organics in the dryer exhaust. The balance of the exhaust fan discharge is directed back to the sediment dryers as the sweep air source.

### 3.9    Circulating cooling water system

A number of systems will require a steady stream of cooling water to remove heat. All of the systems use non-contact heat exchangers to prevent contamination of the cooling water system. The cooling system is a closed system. Heat is dissipated through a mechanical draft cooling tower. Make-up water is required to recover some evaporative losses from the system. Blowdown water will need to be drained from the cooling tower to limit total dissolved solids (TDS) concentrations in the water.

Circulating water is pumped to the users by motor-driven centrifugal pumps. The major users of circulation water are:

  (1) Indirect heat exchanger for exhaust gas packed tower cooling system.
  (2) Indirect heat exchanger for dryer exhaust gas packed tower cooling system.
  (3) Aggregate quench tank indirect cooling heat exchanger.
  (4) Cooling water for the thermal oil auxiliary heat dissipation unit.
  (5) Charger cooling water.
  (6) Cooling water required for the oxygen generation system.

### 3.10   Air Separation Unit (ASU) oxygen supply

Oxygen will be generated on-site. The approximate oxygen volume needed will require the generation of 95 tons of oxygen per day. The plant will be completely designed and constructed from the foundations up by a third party using their standard designs, so no detailed process description is included in this document. The sediment drying and melting facility will need to

Case 2:03-cv-00949-LA     Filed 01/18/00M 248ge 11 of 56     Document 20

interconnect utilities and infrastructure to the oxygen plant to minimize infrastructure development costs. The main requirement will be the supply of 4160V power from the dryer and melting facility electric substation to the ASU.

### 3.11 Dust control system

All of the sediment conveyors, storage hoppers and silos will have a closed design. To prevent fugitive emissions from the conveyor systems, they will be ventilated continuously. The exhaust will be directed to a high efficiency fabric filter. All collected dust will be directed back to one of the dry sediment storage silos.

### 3.12 Plant wastewater summary

There are three sources of process wastewater for the operation.

1) The condensate from the dryer exhaust results in a waste stream of 34 GPM. This waste stream has a wastewater loading estimated to be 1000 to 3000 ppm of total suspended solids (TSS). The suspended solids will consist of sediment particles that are carried out of the dryers. There is a potential that PCBs are attached to the sediment particles, requiring this flow stream to be treated by the same wastewater treatment facility processing the dredged sediment.

2) The packed tower on the exhaust of the melter generates 8 GPM of blowdown. This flow stream will have TSS and chemical oxygen demand (COD), and will need to be sent for additional wastewater treatment. The discharge volume and concentration levels should not require any pretreatment prior to discharge to the publicly owned treatment works (POTW).

3) The cooling tower generates a maximum blowdown flow of 10-30 GPM, depending on outside air temperature and humidity. This flow can be permitted as a non-contact cooling water source. If the proper permits are obtained, it is possible to either discharge the water into the stormwater sewer system or into the final effluent of the wastewater treatment facility for the dredge water.

Case 2:03-cv-00949-LA    Filed 00/08/00M  Page 12 of 56    Document 20

## 4.0    DESIGN DIFFERENCES FROM ORIGINAL UNIT COST REPORT

The original Unit Cost Report used as its basis the sediment that was provided from the SMU 56-57 demonstration dredging project. Small variations were observed from sediment secured for this Scope of Work. These factors have been incorporated into this revised Unit Cost Report in an effort to refine and substantiate the results.

### 4.1    Lower Organic Content

Sediment has very low fuel value and therefore does not burn autogenously. However, in a large melter the organic matter contained in the sediment does account for a portion of the heat input to the process. The mass/energy balances and the design must incorporate this heat input. During the original Unit Cost Study, the sediment's Gross Calorific Value (GCV) was 1300 btu/lb. During Minergy's Supplemental Testing, a lower GCV was seen in the samples of Fox River sediment secured for that work. The end result is a lower contribution of heat input from sediment, with the balance being made up from natural gas. As seen in section 4.5, however, overall natural gas consumption decreased due to other factors outweighing this increase.

### 4.2    Pre-Calcined Lime Flux

To optimize melting temperatures, Minergy has specified changes in the lime fluxing additions. The original sediment from 56-57 had lime added at the de-watering station; therefore, no additional lime was necessary. The first Unit Cost Study assumed the addition of calcium carbonate would suffice for the flux addition, but since the lime had already been added, no study of the alternatives was possible. Work associated with this scope concluded that the process can be optimized from the perspective of melting temperature and energy efficiency by using a pre-calcined lime flux. Pre-calcined lime flux is more effective (but more expensive), than calcium carbonate. The calcining process at the lime supplier's facility removes carbonates. In comparison, using calcium carbonate (ie, non-pre-calcined lime) in the melter would require additional natural gas and oxygen to remove the carbonates.

### 4.3    Higher Solids Content

The SMU56-57 demonstration project used plate and frame presses which achieved 50% solids. At the instructions of the Department and with supporting data from belt press manufacturers, the base case solids content was increased from 50% to 55%. This is attributable to equipment

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 13 of 56    Document 20

that the Department has been able to specify which reduces water content in cake solids more effectively. Because less water is delivered to the melter plant, less energy is required to evaporate it, and less natural gas is used. This change also modifies the number of total tons processed by the facility, due to less water in the deliveries.

## 4.4    Higher Glass Yield

Glass Yield is the ratio of glass output per dry-basis sediment feed. The Lower Organic Content and Pre-Calcined Lime Flux has the net effect of increasing glass yield. To keep comparisons between the versions of the Unit Cost Study as even as possible, it was decided to maintain the design-basis of 250 tons per day of glass production, and vary the sediment feed rate correspondingly. The Original Unit Cost's base-case 250 ton/day unit processed 600 wet tons per day (at 50% solids); this version processes 500 wet tons per day (at 55% solids).

## 4.5    Reduced Natural Gas Consumption

Higher Glass Yield and the use of Pre-Calcined Lime Flux reduce the amount of natural gas required in the process.

## 4.6    Reduced Oxygen Consumption

The Lower Organic Content, Higher Glass Yield, Reduced Natural Gas Consumption, and the use of Pre-Calcined Lime Flux, decreases the amount of oxygen required.

## 4.7    Higher Dryer Heat Transfer

During the dryer demonstration portion of the Phase 3 EPA SITE testing program, Fox River sediment was dried at the Hazen Research Laboratory in Golden, CO, in a small Holo-Flite indirect disc dryer. The primary purpose of the testing was to monitor PCB fate during the drying process. Information regarding the dryer's heat transfer and energy consumption was gathered; however, this information is of limited usefulness because the flights of the dryer were not kept full and the unit was not operated in a manner to optimize heat transfer. The original version of the Unit Cost Study used the low heat transfer number obtained during this test as a conservative assumption. Supplemental testing by three separate dryer manufacturers in large scale pilot dryers (performed as part of this work scope) has yielded higher heat transfer rates. Equipment suppliers used these new values in specifying equipment for this version of the Study, which

Case 2:03-cv-00949-LA     Filed 03/08/04     **OU1 COM 246**   Page 14 of 56     Document 20

resulted in lower operating and capital costs. The same number of dryers was included (3 dryers for each 250 glass ton/day line), but each was smaller due to better heat transfer.

## 4.8    Higher Wet Sediment Cohesion Point

During the first Unit Cost report, it was assumed that sediment that had been dried to greater than 61% solids would not exhibit cohesion. This was based on the results of testing as Hazen Research on sediment that was provided from the SMU56-57 project. As indicated above, that sediment had been limed prior to introduction to the dewatering presses. The lime addition may have skewed the Hazen cohesion test. Minergy provided sediment samples obtained during this Work Scope to three different dryer companies (this sediment was not pre-limed). Each reported a cohesion point of approximately 75%. The end results of this information does not change the design or operation of the full scale facility over the assumptions used in the original Unit Cost study. This section has been included in this report to provide feedback on a possibility that had been considered attractive from a design perspective: assuming the old target of 61%, that a mechanical dewatering press could press sediment above the cohesion point, thus eliminating the need for a dryer backmixing circuit. The newly discovered cohesion point of 75% is above the technically feasible pressing capability of mechanical presses. Therefore, the original assumption of a dryer backmix circuit has been retained in this version of the Unit Cost Study.

## 4.9    Lower Installation Costs

Installation costs were reduced by receiving feedback from construction contractors. Contractors specializing in mechanical, electrical, and building installations reviewed the facility design. The net costs were reduced for installation accordingly.

## 4.10   Increased Natural Gas Price

Since the release of the first Unit Cost Report, prices in the U. S. Government's long-term natural gas forecast have increased; however, the increase is not of the same magnitude as that which has been experienced in the winter of 2002-03. Factoring in the likely in-service timeframe of a full scale facility, and using delivered prices for industrial users, the forecasts are calling for an average price of $3.55 per million btu. This is approximately 10% higher than was used in the first Unit Cost Report.

## 5.0   COST ANALYSIS - BASE CASE

Using the indicated assumptions and design basis changes, new assumptions and resultant costs were estimated. These results are for a single-unit, 250 glass ton per day melter, which is consistent with the Original Unit Cost Study.

### 5.1   Projected Capital Cost

| Item | Cost |
|---|---|
| Melter (delivered and installed) | $ 7,034,667 |
| Dryer (total for 3, equipment only) | $ 2,819,336 |
| Material handling system | $ 1,852,209 |
| Dryer off gas system equipment | $ 370,069 |
| Thermal oil system equipment | $ 932,320 |
| AQCE system equipment | $ 432,671 |
| Balance of Plant equipment | $ 455,749 |
| Controls & Instrumentation | $ 518,871 |
| Mechanical contractor | $ 4,150,762 |
| Electrical contractor | $ 1,753,955 |
| Footings and foundation contractor | $ 535,004 |
| Start-up costs | $ 714,779 |
| Main building | $ 2,467,541 |
| Engineering | $ 5,263,233 |
| Sediment Storage Building | $ 3,000,000 |
| **TOTAL:** | $ 32,301,166 |
| | |
| Total from Original Unit Cost Report | $ 36,768,000 |
| **Difference:** | **-12%** |
| | |

OU1 COM 248

## 5.2    Projected Operating Costs

| Item | Annual Cost |
|---|---|
| Gas | $1,159,998 |
| Electricity | $ 797,942 |
| Labor | $1,625,000 |
| Supplies | $1,247,918 |
| Lime Flux | $ 923,392 |
| General & Administrative | $ 455,557 |
| **TOTAL:** | $6,209,808 |
| | |
| Total from Original Unit Cost Report | $6,844,045 |
| **Difference** | **-9%** |
| | |

## 5.3    Present Value of 15-year Project

Minergy calculated the Present Value of the capital and operating costs of the project. It was assumed that, similar to most industrial facilities, the equipment would be operating for a 15-year duration. The Present Value of the costs was calculated to be $108 million. In comparison to the Present Value calculated in the original Unit Cost Report ($97 million) this represents a change of -10%. In spite of the overall net decreases in Capital, Operating, and Present Value, the Unit Cost is slightly higher in this version. This is attributable to the higher solids content and higher glass yield (discussed in sections 4.3 and 4.4 of this report). Higher solids content reduces the amount of water received at the facility, but also reduces the number of wet tons over which costs are spread. Higher glass yield reduces the amount of sediment to be processed in a Glass Furnace of fixed glass production.

The Department has expressed some concern that 15 years may be longer than is currently proposed for the Fox River cleanup. For a base case comparison against the Original Unit Cost report, we have maintained the 15 year life. To address the life-of-project concerns, we have included an extensive set of sensitivities in Section 5.0 of this report. These sensitivities calculate the unit costs of operating a variety of different size facilities for varying lengths of

time. These options should be helpful in finding a project size and duration that accommodates the outcome of the final remedial design.

## Estimated Present Value
## 250 Glass Ton per Day
## Sediment Melting Plant

**Assumptions:**

| | |
|---|---|
| Project life = | 15 years |
| Interest rate = | 5.0% |
| Days per Year = | 350 |
| Sediment processing rate = | 500 tons daily |
| Total sediment processed = | 2,625,000 tons over project life |
| Construction costs = | $32,300,000 |
| Operating costs = | $6,209,808 annually |
| Income from glass sales = | $2 - $25 per ton of glass sold |
| Glass production rate = | 250 tons daily |

| Estimated Costs: | Initial Costs | Net Annual Costs |
|---|---|---|
| Construction costs | $32,300,000 | |
| Operating costs with no glass sales | | $6,209,808 |
| Operating costs minus glass income at $2/ton | | $6,034,808 |
| Operating costs minus glass income at $25/ton | | $4,022,308 |

| Total Present Worth Cost of Project: | |
|---|---|
| No glass sales | $96,755,682 |
| With glass sales at $2/ton | $94,939,242 |
| With glass sales at $25/ton | $74,050,180 |

| Unit Costs (Per Ton of Sediment Processed): | |
|---|---|
| No glass sales | $36.86 |
| With glass sales at $2/ton | $36.17 |
| With glass sales at $25/ton | $28.21 |

OU1 COM 250
Case 2:03-cv-00949-LA    Filed 03/08/04    Page 18 of 56    Document 20

### 5.4    Summary of Assumptions

Several assumptions were made for the Base Case of this Cost Study.

1.  The following assumptions were made relative to incoming sediment:

    a.  Previously de-watered to 55% solids

    b.  Previous removal of all debris, including metal and other material greater than ¼-inch in size

    c.  Received in a non-frozen state, even during winter operations

    d.  Gross calorific value (GCV) of approximately 800 Btu per pound

    e.  Loss on ignition of approximately 17%

    f.  Fluxing requirement of 15% lime

    g.  Cohesion does not occur above 75% solids

2.  The following assumptions were made relative to facility permitting:

    a.  Facility will be permitted under CERCLA site exemption and meets ARARs identified in Minergy's Permitting Feasibility Study

    b.  Oxyfuel is best available control technology (BACT) for $NO_x$ control

    c.  Wet scrubber at 95% control is BACT for SO2

3.  The following assumptions were made relative to the facility design:

    a.  Facility is staffed for 24 hours per day, year-round

    b.  Site soils are capable of loading to 2500 pounds per square foot

    c.  No provisions have been incorporated for soil testing or boring

    d.  No compactor is assumed necessary for feeding to the melter

    e.  The dryers require 30 Btu per square foot per degree F

    f.  Dryer maximum throughput is 600 tons/day (on the basis of 50% solids)

    g.  Facility design will be for an industrial area

    h.  No underground utility relocation is required

    i.  No pre-construction site remediation is required

4. The following assumptions were made relative to the cost of supplies:

    a. The gas price was assumed to be $3.55 per million Btu

    b. The electricity price was assumed to be 4½ cents per kilowatt hour

    c. The lime flux cost was assumed to be $62.00 per ton

    d. The oxygen cost is assumed to be 6 cents per hundred cubic feet from a 3rd party


5. No provisions were included for the following items:

    a. Salvage/removal at the end of the plant's economic life

    b. Dredging, dewatering, and delivery of cake solids

    c. Hedges or other financial instruments on commodity prices

    d. Site development costs other than those explicitly listed

    e. Financing costs during and after plant construction and working capital requirements

OU1 COM 252

Case 2:03-cv-00949-LA     Filed 03/08/04     Page 20 of 56     Document 20

## 6.0 SENSITIVITY ANALYSES

### 6.1 Overview

A series of sensitivity analyses have been performed on the base project. These analyses estimate the capital, operations and maintenance (O&M), and unit cost of melter projects of varying sizes. These costs were derived using a combination of build-up estimates, generally accepted scale factors, and operational experience. The base case project was used as a reference.

Each major capital line item was analyzed to determine the new expected values, factoring in the impacts of the larger or smaller sized plants. For example, the slope of the cost curve of a melter is rather flat because a large portion of the cost of a melter is fixed. Sediment dryer plants, in comparison, scale fairly well due to the use of multiple dryer lines for each facility (increasing or decreasing the capacity of the plant is done by using more or fewer dryer lines).

The O&M line items were also analyzed individually to determine the new expected values. These items fall into two categories: fixed and variable O&M. Variable O&M items include natural gas, oxygen, electricity, and lime flux, the consumption of which varies in proportion to the amount of processing. Fixed O&M included staffing, G&A, and maintenance, although these items were individually estimated for each plant size.

### 6.2 Project Sizes

The project sizes were varied as indicated:

    A. 1 x 250: This is the base case project described in this report. This facility has one sediment melter rated at 250 glass tons per day and two or three dryers rated at 200 to 300 tons each (at 50% solids), along with the associated balance of plant.

    B. 2 x 250: This facility has two sediment melters each rated at 250 glass tons per day and four to six dryers rated at 200 to 300 tons each (at 50% solids), along with the associated balance of plant.

    C. 2 x 375: This facility has two sediment melters each rated at 375 glass tons per day and six dryers rated at 300 tons per day each (at 50% solids), along with the associated balance of plant.

OU1 COM 253

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 21 of 56    Document 20

D. 3 x 375: This facility has three sediment melters each rated at 375 glass tons per day and nine dryers rated at 300 tons per day each (at 50% solids), along with the associated balance of plant.

## 6.3 Sediment Storage

The sensitivity analysis included provisions for each project to operate at 240 or 350 days per year. Limiting operations to 240 days per year would coincide with the 8-month dredging season, and avoid the capital expenditure of a building to store sediment and minimize potential permitting problems with storing such material and reduce footprint. To operate 350 days per year, a storage would be used into which one-third of the de-watered sediments would be placed during the dredging season. During the non-dredging season, the accumulated inventory would be used as feedstock to the melter plant. For each 250 glass ton per day increment of capacity, sufficient storage could be accomplished using a 60,000 square foot building. The estimated cost of such a building would be $3 million per 250 glass ton/day unit.

## 6.4 Stand-alone Facility Design

All of the melter projects have been designed to be stand-alone facilities. However, it is possible, and potentially desirable, to integrate the operation of any of these facilities into that of an adjacent industrial facility with which it can share operational resources. Integration tends to be more applicable to the smaller projects. Operational savings of approximately $500,000 per year could be achieved through integration. However, for the purposes of clarity, this sensitivity study assumes each of the facilities is a stand-alone entity.

## 6.5 Project Life Sensitivity

Analyses were performed on each of the above listed project sizes, with and without sediment storage, for 7, 8, 10, and 15 year fixed project lives. It was assumed that at the end of the project life that the facility would be closed and no longer used for this purpose. No credit was applied toward scrap, removal, or facility re-use, as these would be speculative at this time.

Analyses were also performed on each of the above listed project sizes, with and without sediment storage, for a number of target project scopes. This analysis assumed that each of the projects would be operated with a target of a certain number of tons of dredged material to

OU1 COM 254
Case 2:03-cv-00949-LA    Filed 03/08/04    Page 22 of 56    Document 20

process. When the target is reached, it was assumed that the facility was closed. No credit was applied toward scrap, removal or facility re-use, as these would be speculative at this time. Project sizes were:

- 1,500,000 Dry tons (equivalent to 2,720,000 wet tons at 55% solids)
- 1,980,000 Dry tons (equivalent to 3,600,000 wet tons at 55% solids)
- 2,420,000 Dry tons (equivalent to 4,400,000 wet tons at 55% solids)
- 3,575,000 Dry tons (equivalent to 6,500,000 wet tons at 55% solids)

### 6.6    Sediment Moisture Sensitivity

The dryers that have been included in this cost study have substantial evaporative capacity above that which would be required for cake solids described in the base case (that is, 55% solids). This means the facility could accommodate wetter sediment and not have the capacity limited by dryer throughput. Each of the above listed scenarios, with and without storage, for varying project lives and varying amounts of target sediment processing, was studied at varying sediment solids content, as follows:

- 55% wet sediment solids content
- 50% wet sediment solids content
- 45% wet sediment solids content
- 40% wet sediment solids content
- 35% wet sediment solids content
- 30% wet sediment solids content

### 6.7    Sensitivity Tables

Tables containing the results of all the sensitivity cases are included in Appendix A.

# Appendix A - Sensitivity Tables

OU1 COM 256

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 24 of 56    Document 20

## UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF TIME
### SEDIMENT FEED 55% SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 500 | | 1,000 | | 1,500 | | 2,250 | |
| Storage Building Size (tons) | n/a | 55,000 | n/a | 110,000 | n/a | 165,000 | n/a | 247,500 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**15 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Sediment Processed (million wet tons) | 1.8 | 2.6 | 3.6 | 5.3 | 5.4 | 7.9 | 8.1 | 11.8 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 79.44 | 96.76 | 143.65 | 178.30 | 189.06 | 241.02 | 273.80 | 351.74 |
| Unit Cost ($2 Glass) | $ 43.44 | $ 36.17 | $ 39.21 | $ 33.27 | $ 34.32 | $ 29.91 | $ 33.11 | $ 29.09 |
| Unit Cost ($25 Glass) | $ 35.48 | $ 28.21 | $ 31.25 | $ 25.31 | $ 26.36 | $ 21.96 | $ 25.15 | $ 21.13 |

**10 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Sediment Processed (million wet tons) | 1.2 | 1.8 | 2.4 | 3.5 | 3.6 | 5.3 | 5.4 | 7.9 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 66.60 | 80.25 | 121.27 | 148.57 | 158.67 | 199.63 | 229.81 | 291.26 |
| Unit Cost ($2 Glass) | $ 54.73 | $ 45.09 | $ 49.76 | $ 41.68 | $ 43.30 | $ 37.25 | $ 41.79 | $ 36.21 |
| Unit Cost ($25 Glass) | $ 45.85 | $ 38.21 | $ 40.88 | $ 32.80 | $ 34.42 | $ 28.37 | $ 32.91 | $ 27.33 |

**8 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Sediment Processed (million wet tons) | 1.0 | 1.4 | 1.9 | 2.8 | 2.9 | 4.2 | 4.3 | 6.3 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 60.52 | 72.44 | 110.67 | 134.50 | 144.28 | 180.03 | 208.99 | 262.62 |
| Unit Cost ($2 Glass) | $ 62.23 | $ 50.93 | $ 56.83 | $ 47.23 | $ 49.29 | $ 42.06 | $ 47.57 | $ 40.88 |
| Unit Cost ($25 Glass) | $ 52.94 | $ 41.64 | $ 47.54 | $ 37.94 | $ 40.00 | $ 32.77 | $ 38.28 | $ 31.59 |

**7 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Sediment Processed (million wet tons) | 0.8 | 1.2 | 1.7 | 2.5 | 2.5 | 3.7 | 3.8 | 5.5 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 57.25 | 68.23 | 104.97 | 126.93 | 136.54 | 169.49 | 197.79 | 247.21 |
| Unit Cost ($2 Glass) | $ 67.33 | $ 54.87 | $ 61.65 | $ 50.98 | $ 53.36 | $ 45.29 | $ 51.50 | $ 44.02 |
| Unit Cost ($25 Glass) | $ 57.82 | $ 45.37 | $ 52.15 | $ 41.48 | $ 43.85 | $ 35.79 | $ 41.99 | $ 34.51 |

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 25 of 56    Document 20

# UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF TIME
### SEDIMENT FEED    50%    SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 540 | | 1,080 | | 1,620 | | 2,430 | |
| Storage Building Size (tons) | n/a | 59,400 | n/a | 118,800 | n/a | 178,200 | n/a | 267,300 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

| 15 Year Project Life | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Sediment Processed (million wet tons) | 1.9 | 2.8 | 3.9 | 5.7 | 5.8 | 8.5 | 8.7 | 12.8 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 80.90 | 98.89 | 146.58 | 182.56 | 193.45 | 247.42 | 280.38 | 361.34 |
| Unit Cost ($2 Glass) | $ 40.97 | $ 34.24 | $ 37.06 | $ 31.56 | $ 32.53 | $ 28.45 | $ 31.36 | $ 27.63 |
| Unit Cost ($25 Glass) | $ 33.61 | $ 26.87 | $ 29.69 | $ 24.19 | $ 25.16 | $ 21.08 | $ 23.40 | $ 19.67 |

| 10 Year Project Life | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Sediment Processed (million wet tons) | 1.3 | 1.9 | 2.6 | 3.8 | 3.9 | 5.7 | 5.8 | 8.5 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 67.69 | 81.84 | 123.44 | 151.75 | 161.94 | 204.39 | 234.71 | 298.40 |
| Unit Cost ($2 Glass) | $ 51.51 | $ 42.59 | $ 46.91 | $ 39.43 | $ 40.94 | $ 35.33 | $ 39.47 | $ 34.31 |
| Unit Cost ($25 Glass) | $ 43.29 | $ 34.36 | $ 38.69 | $ 31.21 | $ 32.71 | $ 27.11 | $ 30.59 | $ 25.43 |

| 8 Year Project Life | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Sediment Processed (million wet tons) | 1.0 | 1.5 | 2.1 | 3.0 | 3.1 | 4.5 | 4.7 | 6.8 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 61.43 | 73.76 | 112.49 | 137.16 | 147.02 | 184.02 | 213.09 | 268.59 |
| Unit Cost ($2 Glass) | $ 58.50 | $ 48.04 | $ 53.50 | $ 44.61 | $ 46.52 | $ 39.82 | $ 44.86 | $ 38.67 |
| Unit Cost ($25 Glass) | $ 49.90 | $ 39.43 | $ 44.90 | $ 36.01 | $ 37.92 | $ 31.22 | $ 35.57 | $ 29.38 |

| 7 Year Project Life | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Sediment Processed (million wet tons) | 0.9 | 1.3 | 1.8 | 2.6 | 2.7 | 4.0 | 4.1 | 6.0 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 58.06 | 69.42 | 106.60 | 129.31 | 138.99 | 173.06 | 201.46 | 252.56 |
| Unit Cost ($2 Glass) | $ 63.24 | $ 51.71 | $ 57.99 | $ 48.11 | $ 50.30 | $ 42.84 | $ 48.52 | $ 41.60 |
| Unit Cost ($25 Glass) | $ 54.44 | $ 42.91 | $ 49.18 | $ 39.30 | $ 41.50 | $ 34.04 | $ 39.01 | $ 32.09 |

OU1 COM 258

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 26 of 56    Document 20

# UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF TIME
### SEDIMENT FEED 45% SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 375 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 600 | | 1,200 | | 1,800 | | 2,700 | |
| Storage Building Size (tons) | n/a | 66,000 | n/a | 132,000 | n/a | 198,000 | n/a | 297,000 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**15 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Sediment Processed (million wet tons) | 2.2 | 3.2 | 4.3 | 6.3 | 6.5 | 9.5 | 9.7 | 14.2 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 82.67 | 101.47 | 150.12 | 187.72 | 198.75 | 255.16 | 288.34 | 372.95 |
| Unit Cost ($2 Glass) | $ 37.70 | $ 31.64 | $ 34.17 | $ 29.22 | $ 30.10 | $ 26.42 | $ 28.97 | $ 25.82 |
| Unit Cost ($25 Glass) | $ 31.06 | $ 25.00 | $ 27.54 | $ 22.59 | $ 23.46 | $ 19.79 | $ 21.02 | $ 17.66 |

**10 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Sediment Processed (million wet tons) | 1.4 | 2.1 | 2.9 | 4.2 | 4.3 | 6.3 | 6.5 | 9.5 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 69.00 | 83.76 | 126.08 | 155.59 | 165.86 | 210.15 | 240.63 | 307.03 |
| Unit Cost ($2 Glass) | $ 47.27 | $ 39.24 | $ 43.13 | $ 36.40 | $ 37.76 | $ 32.71 | $ 36.36 | $ 31.72 |
| Unit Cost ($25 Glass) | $ 39.87 | $ 31.84 | $ 35.73 | $ 29.00 | $ 30.36 | $ 25.31 | $ 27.48 | $ 22.84 |

**8 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Sediment Processed (million wet tons) | 1.2 | 1.7 | 2.3 | 3.4 | 3.5 | 5.0 | 5.2 | 7.6 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 62.53 | 75.37 | 114.69 | 140.37 | 150.32 | 188.84 | 218.04 | 275.82 |
| Unit Cost ($2 Glass) | $ 53.61 | $ 44.19 | $ 49.11 | $ 41.10 | $ 42.82 | $ 36.79 | $ 41.25 | $ 35.68 |
| Unit Cost ($25 Glass) | $ 45.86 | $ 36.45 | $ 41.36 | $ 33.36 | $ 35.08 | $ 29.05 | $ 31.96 | $ 26.39 |

**7 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Sediment Processed (million wet tons) | 1.0 | 1.5 | 2.0 | 2.9 | 3.0 | 4.4 | 4.5 | 6.6 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 59.05 | 70.86 | 108.57 | 132.19 | 141.95 | 177.38 | 205.89 | 259.03 |
| Unit Cost ($2 Glass) | $ 57.89 | $ 47.51 | $ 53.17 | $ 44.27 | $ 46.25 | $ 39.53 | $ 44.56 | $ 38.33 |
| Unit Cost ($25 Glass) | $ 49.97 | $ 39.59 | $ 45.24 | $ 36.35 | $ 38.33 | $ 31.61 | $ 35.06 | $ 28.83 |

OU1 COM 259
Case 2:03-cv-00949-LA    Filed 03/08/04    Page 27 of 56    Document 20

## UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF TIME
### SEDIMENT FEED      40%      SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 260 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 675 | | 1,350 | | 2,025 | | 3,038 | |
| Storage Building Size (tons) | n/a | 74,250 | n/a | 148,500 | n/a | 222,750 | n/a | 334,125 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**15 Year Project Life**

| | 1 x 250 | | 2 x 260 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Sediment Processed (million wet tons) | 2.4 | 3.5 | 4.9 | 7.1 | 7.3 | 10.6 | 10.9 | 15.9 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 84.88 | 104.69 | 154.54 | 194.17 | 205.39 | 264.84 | 298.30 | 387.47 |
| Unit Cost ($2 Glass) | $ 34.42 | $ 29.03 | $ 31.29 | $ 26.88 | $ 27.66 | $ 24.40 | $ 26.59 | $ 23.61 |
| Unit Cost ($25 Glass) | $ 28.52 | $ 23.14 | $ 25.39 | $ 20.99 | $ 21.77 | $ 18.50 | $ 18.63 | $ 15.65 |

**10 Year Project Life**

| | 1 x 250 | | 2 x 260 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Sediment Processed (million wet tons) | 1.6 | 2.4 | 3.2 | 4.7 | 4.9 | 7.1 | 7.3 | 10.6 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 70.65 | 86.16 | 129.37 | 160.39 | 170.82 | 217.35 | 248.04 | 317.83 |
| Unit Cost ($2 Glass) | $ 43.04 | $ 35.90 | $ 39.36 | $ 33.37 | $ 34.58 | $ 30.09 | $ 33.25 | $ 29.12 |
| Unit Cost ($25 Glass) | $ 36.46 | $ 29.32 | $ 32.78 | $ 26.79 | $ 28.00 | $ 23.52 | $ 24.37 | $ 20.24 |

**8 Year Project Life**

| | 1 x 250 | | 2 x 260 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Sediment Processed (million wet tons) | 1.3 | 1.9 | 2.6 | 3.8 | 3.9 | 5.7 | 5.8 | 8.5 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 63.91 | 77.38 | 117.45 | 144.39 | 154.45 | 194.86 | 224.24 | 284.86 |
| Unit Cost ($2 Glass) | $ 48.71 | $ 40.34 | $ 44.71 | $ 37.60 | $ 39.13 | $ 33.77 | $ 37.64 | $ 32.69 |
| Unit Cost ($25 Glass) | $ 41.83 | $ 33.46 | $ 37.83 | $ 30.72 | $ 32.24 | $ 26.89 | $ 28.35 | $ 23.39 |

**7 Year Project Life**

| | 1 x 250 | | 2 x 260 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Sediment Processed (million wet tons) | 1.1 | 1.7 | 2.3 | 3.3 | 3.4 | 5.0 | 5.1 | 7.4 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 60.28 | 72.66 | 111.04 | 135.78 | 145.65 | 182.77 | 211.44 | 267.13 |
| Unit Cost ($2 Glass) | $ 52.55 | $ 43.32 | $ 48.35 | $ 40.44 | $ 42.20 | $ 36.23 | $ 40.61 | $ 35.07 |
| Unit Cost ($25 Glass) | $ 45.51 | $ 36.28 | $ 41.30 | $ 33.40 | $ 35.16 | $ 29.19 | $ 31.10 | $ 25.56 |

OU1 COM 260

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 28 of 56    Document 20

# UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF TIME
### SEDIMENT FEED    35%    SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 771 | | 1,542 | | 2,313 | | 3,470 | |
| Storage Building Size (tons) | n/a | 84,810 | n/a | 169,620 | n/a | 254,430 | n/a | 381,645 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**15 Year Project Life**

| | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Sediment Processed (million wet tons) | 2.8 | 4.0 | 5.6 | 8.1 | 8.3 | 12.1 | 12.5 | 18.2 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 87.71 | 108.83 | 160.21 | 202.44 | 213.89 | 277.23 | 311.05 | 406.96 |
| Unit Cost ($2 Glass) | $ 31.15 | $ 26.44 | $ 28.41 | $ 24.56 | $ 25.24 | $ 22.38 | $ 24.21 | $ 21.60 |
| Unit Cost ($25 Glass) | $ 25.99 | $ 21.28 | $ 23.25 | $ 19.40 | $ 20.08 | $ 17.22 | $ 16.25 | $ 13.64 |

**10 Year Project Life**

| | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Sediment Processed (million wet tons) | 1.9 | 2.7 | 3.7 | 5.4 | 5.6 | 8.1 | 8.3 | 12.1 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 72.75 | 89.23 | 133.58 | 166.53 | 177.14 | 226.57 | 257.52 | 331.66 |
| Unit Cost ($2 Glass) | $ 38.82 | $ 32.57 | $ 35.59 | $ 30.36 | $ 31.41 | $ 27.49 | $ 30.15 | $ 26.54 |
| Unit Cost ($25 Glass) | $ 33.06 | $ 26.81 | $ 29.84 | $ 24.60 | $ 25.65 | $ 21.73 | $ 21.27 | $ 17.66 |

**8 Year Project Life**

| | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Sediment Processed (million wet tons) | 1.5 | 2.2 | 3.0 | 4.3 | 4.4 | 6.5 | 6.7 | 9.7 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 65.67 | 79.95 | 120.98 | 149.53 | 159.74 | 202.58 | 232.18 | 296.44 |
| Unit Cost ($2 Glass) | $ 43.84 | $ 36.51 | $ 40.34 | $ 34.11 | $ 35.45 | $ 30.76 | $ 34.05 | $ 29.71 |
| Unit Cost ($25 Glass) | $ 37.81 | $ 30.49 | $ 34.31 | $ 28.08 | $ 29.42 | $ 24.73 | $ 24.76 | $ 20.42 |

**7 Year Project Life**

| | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Sediment Processed (million wet tons) | 1.3 | 1.9 | 2.6 | 3.8 | 3.9 | 5.7 | 5.8 | 8.5 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 61.86 | 74.96 | 114.20 | 140.39 | 150.39 | 189.68 | 218.55 | 277.49 |
| Unit Cost ($2 Glass) | $ 47.22 | $ 39.15 | $ 43.55 | $ 36.63 | $ 38.17 | $ 32.94 | $ 36.67 | $ 31.82 |
| Unit Cost ($25 Glass) | $ 41.06 | $ 32.98 | $ 37.38 | $ 30.46 | $ 32.00 | $ 26.77 | $ 27.16 | $ 22.31 |

OU1 COM 261

# UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF TIME
### SEDIMENT FEED    30%    SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 804 | | 1,608 | | 2,412 | | 3,618 | |
| Storage Building Size (tons) | n/a | 88,440 | n/a | 176,880 | n/a | 265,320 | n/a | 397,980 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**15 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Sediment Processed (million wet tons) | 2.9 | 4.2 | 5.8 | 8.4 | 8.7 | 12.7 | 13.0 | 19.0 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 88.88 | 110.53 | 162.55 | 205.85 | 217.40 | 282.35 | 316.32 | 413.74 |
| Unit Cost ($2 Glass) | $ 30.28 | $ 25.76 | $ 27.65 | $ 23.95 | $ 24.61 | $ 21.87 | $ 23.59 | $ 21.09 |
| Unit Cost ($25 Glass) | $ 25.33 | $ 20.81 | $ 22.70 | $ 19.01 | $ 19.66 | $ 16.92 | $ 15.64 | $ 13.13 |

**10 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Sediment Processed (million wet tons) | 1.9 | 2.8 | 3.9 | 5.6 | 5.8 | 8.4 | 8.7 | 12.7 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 73.63 | 90.50 | 135.33 | 169.07 | 179.76 | 230.38 | 261.44 | 337.38 |
| Unit Cost ($2 Glass) | $ 37.68 | $ 31.68 | $ 34.59 | $ 29.56 | $ 30.57 | $ 26.81 | $ 29.34 | $ 25.87 |
| Unit Cost ($25 Glass) | $ 32.15 | $ 26.16 | $ 29.06 | $ 24.04 | $ 25.05 | $ 21.29 | $ 20.46 | $ 16.99 |

**8 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Sediment Processed (million wet tons) | 1.5 | 2.3 | 3.1 | 4.5 | 4.6 | 6.8 | 6.9 | 10.1 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 66.40 | 81.01 | 122.43 | 151.66 | 161.93 | 205.77 | 235.46 | 301.22 |
| Unit Cost ($2 Glass) | $ 42.51 | $ 35.48 | $ 39.15 | $ 33.18 | $ 34.46 | $ 29.97 | $ 33.09 | $ 28.93 |
| Unit Cost ($25 Glass) | $ 36.73 | $ 29.71 | $ 33.38 | $ 27.40 | $ 28.69 | $ 24.19 | $ 23.80 | $ 19.64 |

**7 Year Project Life**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Sediment Processed (million wet tons) | 1.4 | 2.0 | 2.7 | 3.9 | 4.1 | 5.9 | 6.1 | 8.9 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 62.52 | 75.91 | 115.50 | 142.30 | 152.35 | 192.54 | 221.49 | 281.78 |
| Unit Cost ($2 Glass) | $ 45.77 | $ 38.02 | $ 42.24 | $ 35.61 | $ 37.08 | $ 32.07 | $ 35.61 | $ 30.96 |
| Unit Cost ($25 Glass) | $ 39.86 | $ 32.11 | $ 36.33 | $ 29.69 | $ 31.17 | $ 26.16 | $ 26.11 | $ 21.46 |

OU1 COM 262

## UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF DREDGING
### SEDIMENT FEED 55% SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 500 | | 1,000 | | 1,500 | | 2,250 | |
| Storage Building Size (tons) | n/a | 55,000 | n/a | 110,000 | n/a | 165,000 | n/a | 247,500 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**3,575,000 Dry Ton Project**

| | 1x250 (240) | 1x250 (350) | 2x250 (240) | 2x250 (350) | 2x375 (240) | 2x375 (350) | 3x375 (240) | 3x375 (350) |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 54 | 37 | 27 | 19 | 18 | 12 | 12 | 8 |
| Sediment Processed (million wet tons) | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 119.03 | 136.22 | 179.75 | 195.50 | 204.29 | 220.60 | 249.04 | 266.41 |
| Unit Cost ($2 Glass) | $ 17.97 | $ 20.51 | $ 27.11 | $ 29.43 | $ 30.78 | $ 33.21 | $ 37.58 | $ 40.18 |
| Unit Cost ($25 Glass) | $ 14.03 | $ 15.32 | $ 20.89 | $ 22.05 | $ 23.32 | $ 24.78 | $ 29.09 | $ 30.95 |

**2,420,000 Dry Ton Project**

| | 1x250 (240) | 1x250 (350) | 2x250 (240) | 2x250 (350) | 2x375 (240) | 2x375 (350) | 3x375 (240) | 3x375 (350) |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 37 | 25 | 18 | 13 | 12 | 8 | 8 | 6 |
| Sediment Processed (million wet tons) | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 109.76 | 120.08 | 155.82 | 164.76 | 173.10 | 183.92 | 210.60 | 224.13 |
| Unit Cost ($2 Glass) | $ 24.49 | $ 26.73 | $ 34.77 | $ 36.72 | $ 38.60 | $ 41.00 | $ 47.06 | $ 50.08 |
| Unit Cost ($25 Glass) | $ 19.27 | $ 20.26 | $ 27.35 | $ 28.33 | $ 30.15 | $ 31.79 | $ 37.80 | $ 40.26 |

**1,980,000 Dry Ton Project**

| | 1x250 (240) | 1x250 (350) | 2x250 (240) | 2x250 (350) | 2x375 (240) | 2x375 (350) | 3x375 (240) | 3x375 (350) |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 30 | 21 | 15 | 10 | 10 | 7 | 7 | 5 |
| Sediment Processed (million wet tons) | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 103.55 | 110.97 | 143.65 | 150.48 | 158.67 | 167.95 | 193.93 | 206.52 |
| Unit Cost ($2 Glass) | $ 28.25 | $ 30.21 | $ 39.21 | $ 41.03 | $ 43.30 | $ 45.82 | $ 53.04 | $ 56.49 |
| Unit Cost ($25 Glass) | $ 22.36 | $ 23.13 | $ 31.25 | $ 32.21 | $ 34.42 | $ 36.28 | $ 43.46 | $ 46.43 |

**1,500,000 Dry Ton Project**

| | 1x250 (240) | 1x250 (350) | 2x250 (240) | 2x250 (350) | 2x375 (240) | 2x375 (350) | 3x375 (240) | 3x375 (350) |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 23 | 16 | 11 | 8 | 8 | 5 | 5 | 3 |
| Sediment Processed (million wet tons) | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.83 | 6.21 | 8.42 | 11.18 | 11.43 | 15.57 | 16.55 | 22.76 |
| NPV before Glass Sales ($million) | 94.03 | 98.44 | 127.92 | 132.96 | 141.05 | 149.12 | 174.32 | 186.29 |
| Unit Cost ($2 Glass) | $ 33.89 | $ 35.41 | $ 46.16 | $ 47.94 | $ 50.90 | $ 53.81 | $ 63.05 | $ 67.41 |
| Unit Cost ($25 Glass) | $ 27.11 | $ 27.55 | $ 37.54 | $ 38.60 | $ 41.52 | $ 43.90 | $ 53.10 | $ 57.08 |

Note: 1,500,000 Dry tons is equivalent to 2,720,000 wet tons at 55% solids
1,980,000 Dry tons is equivalent to 3,600,000 wet tons at 55% solids
2,420,000 Dry tons is equivalent to 4,400,000 wet tons at 55% solids
3,575,000 Dry tons is equivalent to 6,500,000 wet tons at 55% solids

OU1 COM 263

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 31 of 56    Document 20

## UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF DREDGING

| SEDIMENT FEED | 50% | SOLIDS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plant Size, Glass tons/day | 1 x 260 | | 2 x 260 | | 2 x 375 | | 3 x 375 | |
| Daily capacity (tons) | 540 | | 1,080 | | 1,620 | | 2,430 | |
| Storage Building Size (tons) | n/a | 59,400 | n/a | 118,800 | n/a | 178,200 | n/a | 267,300 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**3,575,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 55 | 38 | 28 | 19 | 18 | 13 | 12 | 8 |
| Sediment Processed (million wet tons) | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 121.98 | 140.35 | 185.00 | 201.96 | 210.83 | 228.16 | 256.74 | 274.89 |
| Unit Cost ($2 Glass) | $ 16.75 | $ 19.22 | $ 25.38 | $ 27.66 | $ 28.89 | $ 31.24 | $ 35.17 | $ 37.65 |
| Unit Cost ($25 Glass) | $ 13.15 | $ 14.48 | $ 19.67 | $ 20.87 | $ 22.03 | $ 23.48 | $ 26.73 | $ 28.44 |

**2,420,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 37 | 26 | 19 | 13 | 12 | 9 | 8 | 6 |
| Sediment Processed (million wet tons) | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 112.65 | 123.83 | 160.32 | 169.95 | 178.33 | 189.68 | 216.46 | 230.36 |
| Unit Cost ($2 Glass) | $ 22.86 | $ 25.07 | $ 32.53 | $ 34.44 | $ 36.17 | $ 38.45 | $ 43.92 | $ 46.74 |
| Unit Cost ($25 Glass) | $ 18.08 | $ 19.14 | $ 25.71 | $ 26.71 | $ 28.38 | $ 29.95 | $ 34.69 | $ 36.94 |

**1,980,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 31 | 21 | 15 | 10 | 10 | 7 | 7 | 5 |
| Sediment Processed (million wet tons) | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 106.33 | 114.44 | 147.71 | 155.02 | 163.25 | 172.88 | 198.94 | 211.78 |
| Unit Cost ($2 Glass) | $ 26.38 | $ 28.33 | $ 36.66 | $ 38.44 | $ 40.51 | $ 42.89 | $ 49.41 | $ 52.61 |
| Unit Cost ($25 Glass) | $ 20.98 | $ 21.83 | $ 29.34 | $ 30.30 | $ 32.32 | $ 34.09 | $ 39.86 | $ 42.57 |

**1,500,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 23 | 16 | 12 | 8 | 8 | 5 | 5 | 4 |
| Sediment Processed (million wet tons) | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 4.97 | 6.42 | 8.70 | 11.59 | 11.86 | 16.19 | 17.18 | 23.68 |
| NPV before Glass Sales ($million) | 96.59 | 101.46 | 131.35 | 136.67 | 144.78 | 153.05 | 178.31 | 190.42 |
| Unit Cost ($2 Glass) | $ 31.65 | $ 33.19 | $ 43.09 | $ 44.81 | $ 47.51 | $ 50.22 | $ 58.57 | $ 62.58 |
| Unit Cost ($25 Glass) | $ 25.43 | $ 25.96 | $ 35.15 | $ 36.19 | $ 38.85 | $ 41.06 | $ 48.65 | $ 52.27 |

Note: 1,500,000 Dry tons is equivalent to 2,720,000 wet tons at 55% solids
1,980,000 Dry tons is equivalent to 3,600,000 wet tons at 55% solids
2,420,000 Dry tons is equivalent to 4,400,000 wet tons at 55% solids
3,575,000 Dry tons is equivalent to 6,500,000 wet tons at 55% solids

OU1 COM 264
Case 2:03-cv-00949-LA    Filed 03/08/04    Page 32 of 56    Document 20

# UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF DREDGING
### SEDIMENT FEED 45% SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 600 | | 1,200 | | 1,800 | | 2,700 | |
| Storage Building Size (tons) | n/a | 66,000 | n/a | 132,000 | n/a | 198,000 | n/a | 297,000 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**3,576,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 55 | 38 | 28 | 19 | 18 | 13 | 12 | 8 |
| Sediment Processed (million wet tons) | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 125.16 | 144.53 | 190.04 | 207.95 | 216.89 | 235.01 | 263.64 | 282.42 |
| Unit Cost ($2 Glass) | $ 15.47 | $ 17.82 | $ 23.47 | $ 25.64 | $ 26.76 | $ 28.97 | $ 32.45 | $ 34.75 |
| Unit Cost ($25 Glass) | $ 12.23 | $ 13.56 | $ 18.34 | $ 19.54 | $ 20.59 | $ 21.99 | $ 24.01 | $ 25.54 |

**2,420,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 37 | 26 | 19 | 13 | 12 | 9 | 8 | 6 |
| Sediment Processed (million wet tons) | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 115.50 | 127.37 | 164.39 | 174.57 | 182.98 | 194.76 | 221.56 | 235.78 |
| Unit Cost ($2 Glass) | $ 21.10 | $ 23.22 | $ 30.04 | $ 31.86 | $ 33.42 | $ 35.55 | $ 40.40 | $ 42.99 |
| Unit Cost ($25 Glass) | $ 16.80 | $ 17.88 | $ 23.90 | $ 24.90 | $ 26.41 | $ 27.90 | $ 31.17 | $ 33.19 |

**1,980,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 31 | 21 | 15 | 10 | 10 | 7 | 7 | 5 |
| Sediment Processed (million wet tons) | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 108.97 | 117.63 | 151.29 | 159.00 | 167.25 | 177.19 | 203.27 | 216.33 |
| Unit Cost ($2 Glass) | $ 24.34 | $ 26.22 | $ 33.81 | $ 35.50 | $ 37.37 | $ 39.58 | $ 45.37 | $ 48.29 |
| Unit Cost ($25 Glass) | $ 19.48 | $ 20.37 | $ 27.22 | $ 28.18 | $ 30.00 | $ 31.66 | $ 35.81 | $ 38.25 |

**1,500,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 23 | 16 | 12 | 8 | 8 | 5 | 5 | 4 |
| Sediment Processed (million wet tons) | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.14 | 6.66 | 9.05 | 12.09 | 12.37 | 16.93 | 17.95 | 24.80 |
| NPV before Glass Sales ($million) | 98.89 | 104.14 | 134.29 | 139.86 | 147.98 | 156.45 | 181.71 | 193.95 |
| Unit Cost ($2 Glass) | $ 29.18 | $ 30.68 | $ 39.66 | $ 41.28 | $ 43.72 | $ 46.22 | $ 53.65 | $ 57.29 |
| Unit Cost ($25 Glass) | $ 23.58 | $ 24.17 | $ 32.52 | $ 33.53 | $ 35.92 | $ 37.98 | $ 43.73 | $ 46.98 |

Note: 1,500,000 Dry tons is equivalent to 2,720,000 wet tons at 55% solids
1,980,000 Dry tons is equivalent to 3,600,000 wet tons at 55% solids
2,420,000 Dry tons is equivalent to 4,400,000 wet tons at 55% solids
3,575,000 Dry tons is equivalent to 6,500,000 wet tons at 55% solids

Page A-9

OU1 COM 265

## UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF DREDGING
### SEDIMENT FEED    40%    SOLIDS

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 675 | | 1,350 | | 2,025 | | 3,038 | |
| Storage Building Size (tons) | n/a | 74,250 | n/a | 148,500 | n/a | 222,750 | n/a | 334,125 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**3,575,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 55 | 38 | 28 | 19 | 18 | 13 | 12 | 8 |
| Sediment Processed (million wet tons) | 8.9 | 8.9 | 8.9 | 8.9 | 8.9 | 8.9 | 8.9 | 8.9 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 129.14 | 149.77 | 196.35 | 215.44 | 224.46 | 243.58 | 272.28 | 291.83 |
| Unit Cost ($2 Glass) | $ 14.20 | $ 16.43 | $ 21.57 | $ 23.63 | $ 24.64 | $ 26.71 | $ 29.73 | $ 31.85 |
| Unit Cost ($25 Glass) | $ 11.32 | $ 12.63 | $ 17.00 | $ 18.21 | $ 19.15 | $ 20.51 | $ 21.28 | $ 22.65 |

**2,420,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 37 | 26 | 19 | 13 | 12 | 9 | 8 | 6 |
| Sediment Processed (million wet tons) | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 119.08 | 131.80 | 169.49 | 180.34 | 188.80 | 201.11 | 227.95 | 242.56 |
| Unit Cost ($2 Glass) | $ 19.35 | $ 21.37 | $ 27.54 | $ 29.27 | $ 30.67 | $ 32.65 | $ 36.87 | $ 39.24 |
| Unit Cost ($25 Glass) | $ 15.53 | $ 16.63 | $ 22.09 | $ 23.09 | $ 24.44 | $ 25.85 | $ 27.65 | $ 29.44 |

**1,980,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 31 | 21 | 15 | 10 | 10 | 7 | 7 | 5 |
| Sediment Processed (million wet tons) | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 112.28 | 121.61 | 155.77 | 163.97 | 172.26 | 182.57 | 208.68 | 222.01 |
| Unit Cost ($2 Glass) | $ 22.31 | $ 24.11 | $ 30.96 | $ 32.56 | $ 34.23 | $ 36.27 | $ 41.33 | $ 43.98 |
| Unit Cost ($25 Glass) | $ 17.99 | $ 18.91 | $ 25.10 | $ 26.05 | $ 27.68 | $ 29.23 | $ 31.77 | $ 33.94 |

**1,500,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 23 | 16 | 12 | 8 | 8 | 5 | 5 | 4 |
| Sediment Processed (million wet tons) | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.35 | 6.97 | 9.47 | 12.71 | 13.01 | 17.87 | 18.91 | 26.20 |
| NPV before Glass Sales ($million) | 101.78 | 107.49 | 137.96 | 143.85 | 152.00 | 160.69 | 185.97 | 198.37 |
| Unit Cost ($2 Glass) | $ 26.71 | $ 28.16 | $ 36.24 | $ 37.76 | $ 39.93 | $ 42.21 | $ 48.73 | $ 52.00 |
| Unit Cost ($25 Glass) | $ 21.73 | $ 22.38 | $ 29.89 | $ 30.87 | $ 33.00 | $ 34.89 | $ 38.80 | $ 41.69 |

Note: 1,500,000 Dry tons is equivalent to 2,720,000 wet tons at 55% solids
1,980,000 Dry tons is equivalent to 3,600,000 wet tons at 55% solids
2,420,000 Dry tons is equivalent to 4,400,000 wet tons at 55% solids
3,575,000 Dry tons is equivalent to 6,500,000 wet tons at 55% solids

OU1 COM 266

# UNIT COST ESTIMATES
## PROJECTS IN SERVICE FOR FIXED AMOUNT OF DREDGING
### SEDIMENT FEED    35%    SOLIDS

| Plant Size, Glass tons/day | 1 x 260 | | 2 x 260 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 771 | | 1,542 | | 2,313 | | 3,470 | |
| Storage Building Size (tons) | n/a | 84,810 | n/a | 169,620 | n/a | 254,430 | n/a | 381,645 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**3,575,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 55 | 38 | 28 | 19 | 18 | 13 | 12 | 8 |
| Sediment Processed (million wet tons) | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 134.24 | 156.49 | 204.47 | 225.09 | 234.22 | 254.62 | 283.41 | 303.97 |
| Unit Cost ($2 Glass) | $ 12.92 | $ 15.03 | $ 19.67 | $ 21.62 | $ 22.51 | $ 24.46 | $ 27.01 | $ 28.96 |
| Unit Cost ($25 Glass) | $ 10.40 | $ 11.71 | $ 15.67 | $ 16.87 | $ 17.71 | $ 19.02 | $ 18.57 | $ 19.75 |

**2,420,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 37 | 26 | 19 | 13 | 12 | 9 | 8 | 6 |
| Sediment Processed (million wet tons) | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 | 6.9 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 123.67 | 137.51 | 176.06 | 187.79 | 196.31 | 209.30 | 236.19 | 251.31 |
| Unit Cost ($2 Glass) | $ 17.60 | $ 19.53 | $ 25.05 | $ 26.68 | $ 27.92 | $ 29.75 | $ 33.36 | $ 35.50 |
| Unit Cost ($25 Glass) | $ 14.25 | $ 15.37 | $ 20.27 | $ 21.28 | $ 22.46 | $ 23.80 | $ 24.13 | $ 25.70 |

**1,980,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 31 | 21 | 15 | 10 | 10 | 7 | 7 | 5 |
| Sediment Processed (million wet tons) | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 116.53 | 126.73 | 161.54 | 170.39 | 178.72 | 189.52 | 215.66 | 229.35 |
| Unit Cost ($2 Glass) | $ 20.27 | $ 22.01 | $ 28.11 | $ 29.62 | $ 31.09 | $ 32.97 | $ 37.29 | $ 39.67 |
| Unit Cost ($25 Glass) | $ 16.49 | $ 17.45 | $ 22.98 | $ 23.93 | $ 25.36 | $ 26.80 | $ 27.74 | $ 29.63 |

**1,500,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 23 | 16 | 12 | 8 | 8 | 5 | 5 | 4 |
| Sediment Processed (million wet tons) | 4.3 | 4.3 | 4.3 | 4.3 | 4.3 | 4.3 | 4.3 | 4.3 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.63 | 7.37 | 10.02 | 13.51 | 13.83 | 19.06 | 20.14 | 27.99 |
| NPV before Glass Sales ($million) | 105.49 | 111.81 | 142.71 | 149.01 | 157.17 | 166.16 | 191.47 | 204.08 |
| Unit Cost ($2 Glass) | $ 24.24 | $ 25.65 | $ 32.82 | $ 34.24 | $ 36.15 | $ 38.21 | $ 43.81 | $ 46.72 |
| Unit Cost ($25 Glass) | $ 19.88 | $ 20.58 | $ 27.26 | $ 28.21 | $ 30.08 | $ 31.80 | $ 33.89 | $ 36.41 |

Note: 1,500,000 Dry tons is equivalent to 2,720,000 wet tons at 55% solids
1,980,000 Dry tons is equivalent to 3,600,000 wet tons at 55% solids
2,420,000 Dry tons is equivalent to 4,400,000 wet tons at 55% solids
3,575,000 Dry tons is equivalent to 6,500,000 wet tons at 55% solids

Page A-11

OU1 COM 267

Case 2:03-cv-00949-LA    Filed 03/08/04    Page 35 of 56    Document 20

**SEDIMENT FEED    30%    SOLIDS**

| Plant Size, Glass tons/day | 1 x 250 | | 2 x 250 | | 2 x 375 | | 3 x 375 | |
|---|---|---|---|---|---|---|---|---|
| Daily capacity (tons) | 804 | | 1,608 | | 2,412 | | 3,618 | |
| Storage Building Size (tons) | n/a | 88,440 | n/a | 176,880 | n/a | 265,320 | n/a | 397,980 |
| Days/yr Operation | 240 | 350 | 240 | 350 | 240 | 350 | 240 | 350 |

**3,575,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 62 | 42 | 31 | 21 | 21 | 14 | 14 | 9 |
| Sediment Processed (million wet tons) | 11.9 | 11.9 | 11.9 | 11.9 | 11.9 | 11.9 | 11.9 | 11.9 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 138.47 | 163.95 | 215.68 | 240.47 | 249.91 | 274.06 | 303.56 | 327.09 |
| Unit Cost ($2 Glass) | $ 11.43 | $ 13.50 | $ 17.79 | $ 19.80 | $ 20.59 | $ 22.56 | $ 24.76 | $ 26.67 |
| Unit Cost ($25 Glass) | $ 9.23 | $ 10.55 | $ 14.18 | $ 15.45 | $ 16.19 | $ 17.52 | $ 16.58 | $ 17.67 |

**2,420,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 42 | 29 | 21 | 14 | 14 | 10 | 9 | 6 |
| Sediment Processed (million wet tons) | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 129.17 | 145.82 | 187.21 | 201.45 | 210.14 | 225.12 | 252.51 | 269.03 |
| Unit Cost ($2 Glass) | $ 15.75 | $ 17.75 | $ 22.83 | $ 24.54 | $ 25.61 | $ 27.42 | $ 30.52 | $ 32.51 |
| Unit Cost ($25 Glass) | $ 12.78 | $ 13.99 | $ 18.45 | $ 19.52 | $ 20.55 | $ 21.84 | $ 21.50 | $ 22.87 |

**1,980,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 34 | 23 | 17 | 12 | 11 | 8 | 8 | 5 |
| Sediment Processed (million wet tons) | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 122.47 | 135.04 | 172.16 | 182.80 | 191.25 | 203.41 | 229.97 | 244.55 |
| Unit Cost ($2 Glass) | $ 18.26 | $ 20.10 | $ 25.67 | $ 27.24 | $ 28.51 | $ 30.32 | $ 34.03 | $ 36.19 |
| Unit Cost ($25 Glass) | $ 14.87 | $ 15.94 | $ 20.94 | $ 21.92 | $ 23.16 | $ 24.51 | $ 24.65 | $ 26.28 |

**1,500,000 Dry Ton Project**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Life (years) | 26 | 18 | 13 | 9 | 9 | 6 | 6 | 4 |
| Sediment Processed (million wet tons) | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| Capital ($million) | 29.30 | 32.30 | 56.23 | 62.23 | 70.39 | 79.39 | 102.03 | 115.53 |
| Annual O&M ($million) | 5.74 | 7.54 | 10.24 | 13.84 | 14.16 | 19.55 | 20.64 | 28.73 |
| NPV before Glass Sales ($million) | 111.68 | 119.70 | 152.22 | 159.57 | 167.80 | 177.54 | 203.16 | 216.22 |
| Unit Cost ($2 Glass) | $ 21.99 | $ 23.53 | $ 29.99 | $ 31.42 | $ 33.07 | $ 34.98 | $ 39.78 | $ 42.36 |
| Unit Cost ($25 Glass) | $ 18.03 | $ 18.87 | $ 24.82 | $ 25.76 | $ 27.37 | $ 28.92 | $ 30.00 | $ 32.15 |

Note: 1,500,000 Dry tons is equivalent to 2,720,000 wet tons at 55% solids
1,980,000 Dry tons is equivalent to 3,600,000 wet tons at 55% solids
2,420,000 Dry tons is equivalent to 4,400,000 wet tons at 55% solids
3,575,000 Dry tons is equivalent to 6,500,000 wet tons at 55% solids

OU1 COM 268

# Appendix B - Drawings

OU1 COM 269



CONFIDENTIAL
NOT FOR CONSTRUCTION

MINERGY
A WISCONSIN ENERGY CORPORATION

ENGINEERING

FOX RIVER SEDIMENT REMEDIATION
250 GLASS TON PLANT
NORTHEASTERN WISCONSIN
MAIN PROCESSING PLANT
GENERAL ARRANGEMENT
PLAN VIEW AT GRADE ELEV. 0'-0"

FEBRUARY 2005

250-1005-GA02

KEY PLAN

PLAN VIEW AT GRADE EL

DRYER PLANT

GI-MELTER PLANT

AGGREGATE
LOADING
AREA

ADDL
ROOM

AUXILIARY
EQUIPMENT
ROOM

DRYER
SCRUBBER CONDENSER
ROOM

MAINTENANCE
SHOP

E&I SHOP

CONTROL
ROOM

MCC ROOM #1

MCC
ROOM #2

MATCHLINE, SEE DWG. 0401-01
FOR CONTINUATION

THE DESIGN DATA AND INFORMATION CONTAINED HEREIN IS PROPRIETARY TO MINERGY / GLASSPACK LLC. NO PORTION OF THIS INFORMATION IS TO BE RELEASED EXCEPT AS AUTHORIZED THROUGH PRIOR WRITTEN APPROVAL BY MINERGY / GLASSPACK LLC.

DELIVERY AREA

WET SEDIMENT BATCH MIXER
WET SEDIMENT BATCH MIXER
WET SEDIMENT BATCH MIXER

SURGE HOPPER
SURGE HOPPER
SURGE HOPPER

DRYER
DRYER
DRYER

SILO
SILO
SILO

DRY SEDIMENT BATCH MIXER

LIME SILO

SURGE HOPPER

NATURAL GAS

OXYGEN

BATCH CHARGER
BATCH CHARGER
BATCH CHARGER
BATCH CHARGER
BATCH CHARGER
BATCH CHARGER

MELTER

AGGREGATE QUENCH TANK

LEGEND:
mc = MOISTURE CONTROL
tpd = TONS PER DAY
ts = TOTAL SOLIDS CONTENT

FOX RIVER SEDIMENT REMEDIATION
250 GLASS TON PLANT
NORTHEASTERN WISCONSIN

FEBRUARY 2003
250-1005-FD00

PROCESS FLOW DIAGRAM
SEDIMENT DRYING & PREPARATION
MAIN PROCESSING PLANT

MINERGY
A WISCONSIN ENERGY CORPORATION
ENGINEERING

CONFIDENTIAL
NOT FOR CONSTRUCTION

0 | ISSUE FOR REVIEW
No. | Revision Description

THE DESIGN DATA AND INFORMATION CONTAINED HEREIN IS PROPRIETARY TO MINERGY / GLASSPACK LLC. NO PORTION OF THIS INFORMATION IS TO BE RELEASED EXCEPT AS AUTHORIZED THROUGH PRIOR WRITTEN APPROVAL BY MINERGY / GLASSPACK LLC.

OU1 COM 272

FOX RIVER SEDIMENT REMEDIATION
250 GLASS TON PLANT
NORTHEASTERN WISCONSIN

MINERGY
A WISCONSIN ENERGY CORPORATION
ENGINEERING

PROCESS FLOW DIAGRAM
DRYER OFF GAS TREATMENT
MAIN PROCESSING PLANT

CONFIDENTIAL
NOT FOR CONSTRUCTION

ISSUE FOR REVIEW

250-1005-FD01

FEBRUARY 2003

Case 2:08-cv-00949-LA     Filed 03/08/04     Page 40 of 56     Document 20

THE DESIGN DATA AND INFORMATION CONTAINED HEREIN IS PROPRIETARY TO MINERGY / GLASSPACK LLC. NO PORTION OF THIS INFORMATION IS TO BE RELEASED EXCEPT AS AUTHORIZED THROUGH PRIOR WRITTEN APPROVAL BY MINERGY / GLASSPACK LLC.

OU1 COM 273

CONFIDENTIAL
NOT FOR CONSTRUCTION

FOX RIVER SEDIMENT REMEDIATION
250 GLASS TON PLANT
NORTHEASTERN WISCONSIN

MINERGY
A WISCONSIN ENERGY CORPORATION
ENGINEERING

PROCESS FLOW DIAGRAM
THERMAL OIL SUPPLY SYSTEM
MAIN PROCESSING PLANT

FEBRUARY 2003
250-1005-FD02

THE DESIGN DATA AND INFORMATION CONTAINED HEREIN IS PROPRIETARY TO MINERGY / GLASSPACK LLC. NO PORTION OF THIS INFORMATION IS TO BE RELEASED EXCEPT AS AUTHORIZED THROUGH PRIOR WRITTEN APPROVAL BY MINERGY / GLASSPACK LLC.

Process Flow Diagram elements:

- MELTER
- EMERGENCY STACK CAP
- EXHAUST GAS TEMPERING SECTION
- HEAT RECOVERY/THERMAL OIL (HRTO UNIT)
- VENTURI COLLECTOR/PACKED TOWER
- FLUE GAS REHEATER
- FABRIC FILTER
- CARBON FILTER
- STACK
- FDR-FAN
- ID-FAN

Temperatures: T = 2800°F, T = 1200°F, T = 750°F, T = 115°F

Labels: BY FB, BY OTS, BY OTHERS

FOX RIVER SEDIMENT REMEDIATION
250 GLASS TON PLANT
NORTHEASTERN WISCONSIN

MINERGY
A WISCONSIN ENERGY CORPORATION
ENGINEERING

PROCESS FLOW DIAGRAM
MELTER EXHAUST HEAT RECOVERY & AQCE
MAIN PROCESSING PLANT

CONFIDENTIAL
NOT FOR CONSTRUCTION

FEBRUARY 2003
250-1005-F003

0 | ISSUE FOR REVIEW | 11/26/01 | RCK | TJB

# TOWN OF VINLAND
# RESOLUTION NO. 10-16-03

RESOLVED, that the Town Board of the Town of Vinland shall resist the deposit of PCB sediments from the Fox River or Little Lake Butte des Morts or from any other source, until such time as the Town Board is reasonably satisfied (from proofs presented by parties seeking to make such deposits in the Town) that the short and long term health and safety of the Town residents are fully protected, and further that Town lands, waters, and the local environment will be adequately protected from contamination by toxic materials.

The Town Board shall further undertake measures for the reasonable protection of the Town against public or private financial liability resulting from deposit of toxic materials, including but not limited to, PCB sediments in the Town of Vinland.

The Town Board shall strive to promote other safer means of disposal unless the Town Board is satisfied that adequate assurances for protection of the health and safety of persons and the protection of the local environment can be assured.

Passed by requisite majority of the Town Board members this _10th_ day of _November_, 2003.

_Raymond T. Batley_
Raymond T. Batley, Chairman

_Shirley M. Brazee_
Attest: Shirley M. Brazee, Clerk

EXHIBIT F

# PETITION OF LOCAL MUNICIPALITIES REQUESTING AMENDMENT TO THE RECORD OF DECISION FOR OPERABLE UNIT 1 AND UNIT 2

## LOWER FOX RIVER AND GREEN BAY SITE-WISCONSIN
### WID000195481
### WISCONSIN DNR AND U.S. EPA
### ISSUED DECEMBER 2002

Petition Date: November 12, 2003

TO: Gregory Hill
WDNR Project Coordinator
Wisconsin Department of Natural Resources
P.O. Box 7921
Madison, WI 53707-7921



James Hahnenberg
EPA Project Coordinator
United States Environmental Protection Agency
77 West Jackson Blvd., mail code: SR-6J
Chicago, IL 60604-3590

## PETITIONING PARTIES

The petitioning parties requesting the Wisconsin Department of Natural Resources and the

Environmental Protection Agency to amend the Record of Decision for Operable Unit 1 and Unit 2,

herein collectively referred to as "OU1", include the following:

| | |
|---|---|
| Winnebago County | Town of Oshkosh |
| Town of Vinland | Town of Neenah |
| Town of Winneconne | Town of Clayton |
| Town of Nekimi | Town of Winchester |

## PETITION SUMMARY

The undersigned municipalities hereby jointly petition the Wisconsin Department of Natural

Resources and the Environmental Protection Agency to amend the Record of Decision for Operable Unit

1

1 to change the selected remedy for disposition of dredged PCB sediments from land filling to vitrification.

This petition is made in recognition that section 117(c) and (d) of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) contain provisions for addressing changes to the selected remedy (land filling) that occur after the Record of Decision for OU1 is signed.

The undersigned petitioners further submit that pursuant to the National Oil and Hazardous Substances Pollution Contingency Plan (NCP) section 300.825(c), the following criteria are met by this petition:

1. These comments contain significant information;

2. The information submitted herewith is upon belief not already contained elsewhere in the Administrative Record File;

3. The information submitted herewith could not have been submitted during the public comment period; and

4. The information submitted herewith substantially supports the need to alter significantly the response action from land filling to vitrification.

## NEW INFORMATION

The new information presented to the WDNR after the Record of Decision was issued in December of 2002 for Operable Unit 1 include the following items:

1. **Supplemental Sediment Handling Characterization Report – Glass Furnace Technology**, May 30, 2003 prepared for the WDNR by Minergy Corp.

2. **Revised Unit Cost Study, for Commercial – Scale Sediment Melter Facility – Glass Furnace Technology**, dated May 30, 2003 prepared for the WDNR by Minergy Corp.

3. **Permitting Review for Sediment Melter Facility** – May 30, 2003 prepared for WDNR by Minergy Corp.

4. **EPA Superfund Innovative Technology Evaluation (SITE) Demonstration Bulletin. Minergy Glass Furnace Technology. Bulletin EPA/540/MR – 03/500.** The Innovative

Technology Evaluation Report is currently pending following the EPA's clearance process.

## GROUNDS FOR PETITION

1. Vitrification results in the permanent elimination of polychlorinated biphenyls (PCBs).

2. Land filling serves only to relocate to PCBs from lake sediments to a landfill where they will remain toxic for 600 to 800 years.

3. Updated financial information, in the form of unit cost analysis, was provided to the WDNR in June of 2003, approximately six months after the Record of Decision for Operable Unit 1 was issued in December of 2002.

4. Ongoing evaluation of vitrification is apparently occurring pursuant to the Record of Decision for Operable Unit 3 and Operable Unit 4.

5. The unit cost of neutralizing PCB sediments decreases as the volume of PCB sediments treated by vitrification increases thereby supporting further review of vitrification for each of Operable Unit 1, Operable Unit 3, and Operable Unit 4 and perhaps also Operable Unit 2.

6. Vitrification of the sediments in Operable Unit 1 could be completed over a time span of approximately seven years compared to an estimated three to six year time table for land filling the same sediments.

7. Minergy Corporation in Neenah, Wisconsin has demonstrated an interest, and shown capability through testing conducted in 2001, to undertake the vitrification process by an expansion of its current vitrification facilities located adjacent to Little Lake Butte des Morts (OU1).

8. **NEW INFORMATION** has been provided to the WDNR (see description above) subsequent to issuance of the Record of Decision in December of 2002.

## NARRATIVE BACKGROUND SUPPORTING THIS PETITION

The Petitioners commend the efforts of the EPA and WDNR to deal with the polychlorinated biphenyl (PCB) sediments in Operable Unit 1 (Little Lake Butte des Morts) as proposed by the U.S. Environmental Protection Agency (EPA) and the Wisconsin Department of Natural Resources (WDNR), hereinafter the "Agencies". The only objection to the Record of Decision for OU1 (ROD) being

respectfully submitted by the Petitioners pertains to the disposal of dredged sediments remedy for OU1 selected in the December 2002 ROD issued jointly by the EPA and the WDNR which designates land filling as the selected disposition method for the PCB sediments. These Petitioners support vitrification as a preferred selected disposition method.

Land filling of toxic PCB sediments that will last in the environment for an unknown period believed to be as long as 800 years is the wrong remedial solution for ridding the environment of these hazardous chemicals. Vitrification by a process known as Glass Furnace Technology (GFT) has been tested, is available, and has been recognized by both the DNR and EPA as a method of permanent elimination of these chemical compounds from the environment. GFT represents a cost effective, available, permanent solution to Fox River PCB pollution. Land filling is a hasty and inappropriate remedy. No compelling explanation has been provided to date by the Wisconsin Department of Natural Resources or the EPA for favoring land filling over vitrification.

The Petitioners request the DNR and EPA to consider the following arguments supporting this Petition to amend the ROD for OU1.

### A.  Land filling is an Inadequate and Inappropriate Remedy.

The proposed landfill remedy is not permanent, but instead merely a relocation of the toxic substance from the bottom of the lake to a landfill. Currently, the landfill under application with the Wisconsin Department of Natural Resources is located on County Road G in the Town of Vinland approximately seven miles from Little Lake Butte des Morts. This landfill is privately owned by Georgia-Pacific Corporation. An application is pending for approval of a plan of operation to use this landfill as a deposit site for the PCB sediments dredged from OU1.

No plan of operation has been approved, no feasibility study has been undertaken, and no local contract has been negotiated with the Town of Vinland in which this landfill is located. There is no

assurance that this landfill will be determined feasible or permitted for the dumping of the PCB sediments, but it is believed to be presently the only landfill site under consideration.

The PCB sediments consist of nearly 800,000 tons of which 16,000 tons contain greater than 50 parts per million bringing the dredgings under jurisdiction of the Toxic Substances Control Act. These PCB toxins are extraordinarily durable chemical molecules anticipated to last in the environment from between 600 to 800 years.

It is known that PCB molecules can become soluble. PCB molecules have been detected in leachate escaping from the Winnebago County landfill where both PCB sediments and other PCB refuse has been deposited. The problem with escaping sediments or escaping leachates is that they are reintroduced into the environment. The problem with collected leachate creates yet another environmental problem, namely that the local sewage treatment plant will not accept PCB leachate. Traditional sewage treatment processes do not eliminate PCBs from wastewater.

Beyond leachate issues, additional problems with land filling PCB's involve the life expectancy of the integrity of vinyl liners installed to contain the sediments. There is no actual experience demonstrating an 800-year needed life expectancy of vinyl liners proposed for use in this landfill. The projected life expectancy of landfill liners is 125 years. This does not take into account inadvertent tears or holes resulting from the installation and operation processes involving the use of heavy equipment. In other words, one might expect that even in the most perfect situation the contents of the landfill containing the toxic PCB sediments may have to be excavated and relocated to a new landfill every 125 years during the 600 to 800 year life cycle.

### B. Vitrification as a Cost Effective, Available and Permanent Alternative.

The Petitioners are unanimously in support of vitrification using GFT for the permanent neutralization of the PCB sediments. Vitrification is acknowledged in the Record of Decision for OU1

on pages 58 and 60 as a viable alternative to land filling.    Minergy Corp., a Wisconsin corporation, currently operates a vitrification plant for burning paper mill sludge located in the City of Neenah on the shore of Little Lake Butte des Morts (a part of OU1).   This is currently the largest vitrification plant in North America according to Minergy. Minergy has constructed and operated a test plant under EPA and DNR supervision  in 2001 confirming GFT is an effective and permanent means of totally neutralizing and eliminating PCBs in a cost effective manner with no other material adverse environmental consequences.    Minergy has performed exhaustive studies regarding their capabilities in using GFT to completely treat the entire extracted volume of PCB sediments from Little Lake Butte des Morts.   GFT is both feasible and cost effective according to Minergy.   The plant expansion necessary to be constructed to undertake this project can be completed in one year from start to finish.   Minergy's plant is located adjacent to vacant land on the shore of Little Lake Butte des Morts where the dredged PCBs are planned to be removed for dewatering.   In other words, space is available for construction of the Minergy plant expansion necessary to neutralize PCB sediments using GFT.

GFT involves a melting process.   The resulting component from the GFT process is dark colored glass-like particles similar to those that are obtained from melting silica sand.    These particles can be reused in such construction applications as asphalt aggregate for roads and highways and roofing materials such as shingles.    According to Minergy, these glass particles from the test plant operated by Minergy have been tested by the EPA and be found more free from residual PCB molecules than that typically found in commonly consumed foods such as cheese or beef steak.

The EPA and WDNR have acknowledged that **"an ongoing evaluation by the Agencies has indicated the potential viability of vitrification as an alternative to the disposal of PCB – contaminated sediments in an engineered landfill", stating that "[i]f this technology is determined to be an appropriate substitute for sediment disposal, the Agencies would address this**

**modification through an ROD amendment."** (See Fox River and Green Bay Record of Decision for OU's 3, 4, and 5 pg. 130.) Consequently, the Agencies themselves acknowledge (this acknowledgement comes *after* the ROD for OU1 was approved) that vitrification may be a viable alternative and may prove to be an appropriate substitute in the near future. In fact, the Agencies have admitted that **"if successfully implemented, vitrification is an effective technology, has the added benefit of destruction of PCBs, and would allow beneficial reuse of dredged sediment."**

With respect to Operable Units 3, 4, and 5 of the Fox River clean up project, the Agencies have identified a number of criteria which will be considered prior to the use of vitrification. According to the Agencies, the criteria include **"the ability of vitrification technology to treat the chemicals of concern, the cost of constructing and operating of vitrification facility, the amount of dredged material that would be managed at the vitrification facility, and issues related to siting a facility."** As noted, studies indicate that vitrification can in fact treat the chemicals of concern and that siting of the facility is of little concern as Minergy owns the plant necessary to do so at this point in time. Additionally, as noted, Minergy has provided estimates regarding the cost of constructing and operating its vitrification facility indicating that the process may in fact be more cost effective than land filling the sediments.

Importantly, the EPA's Superfund Innovative Technology Evaluation (SITE) program is participating in the study of GFT and conducting an independent evaluation of the cost and treatment effectiveness of vitrification technology. The Agencies acknowledge that **"reports prepared by Minergy and submitted to the WDNR and EPA did demonstrate the effectiveness of the technology and provided initial cost information."** Further, **"while the SITE report is not yet final, initial indications are that vitrification using Glass Furnace Technology has been demonstrated to be successful at treating PCB contaminated sediment."** In other words, the SITE report which is

apparently in its latter stages of development indicates that vitrification is a viable alternative. Therefore, it would be appropriate for the WDNR and EPA to review and amend the ROD for OU1 before extensive procedures continue in furtherance of land filling the PCBs from OU1, when a viable alternative, permanent, and environmentally friendly vitrification method is near receiving approval.

The Agencies, in the ROD for OU's 3, 4, and 5 address the costs to construct and operate a GFT facility. The Agencies developed a unit cost range for treating dredged sediments by means of vitrification. The Agencies point out **"that the unit cost increased as the amount of material managed at a vitrification facility decreases."** Therefore, although vitrification is already believed to be a cost effective method for treating the PCB contaminated sediments, should vitrification be used for an OU1, the costs would decrease overall (for all OU's) making vitrification an even more attractive option for OU's 3, 4, and 1.

Also, the Agencies have acknowledged that:

> **"The states siting law requires that the owners of a proposed landfill negotiate a host agreement with the community in which the landfill will be located. These negotiations can place limits on the size and operation of a landfill and the type of materials accepted, can lead to negotiation of a host community fee, and can be time consuming. An inability to successfully negotiate an agreement may result in the need to seek an alternative location for the proposed disposal facility or to seek a means to manage the dredged material, such as vitrification."**

In other words, the Agencies recognize the difficulties associated with the land filling project and have further acknowledged that vitrification may be a viable alternative. The Record of Decision for OU1 as it presently exists as released in December, 2002 does not authorize vitrification but mandates land filling. Accordingly, the ROD should be amended.

Finally, the Agencies have acknowledged that **"vitrification is a potentially viable technology for the management of dredged material for the lower Fox River."** The Agencies will allow for vitrification technology to be used on all or part of the contaminated sediment dredged from the River

"under a number of circumstances including for protection of human health and the environment, lack of disposal capacity and cost." The same language is not included in the ROD for OU1. Accordingly, as such changes may prove necessary, and as vitrification may serve as an invaluable alternative to land filling, the ROD must be amended and the Consent Decree as proposed is inappropriate.

### C.    The OU1 Record of Decision.

In a presentation made by the Wisconsin Department of Natural Resources, through Ed Lynch, who is the individual who wrote the Record of Decision for OU1, Mr. Lynch advised the Town of Vinland officials as follows:

1.    When the Record of Decision in December was issued in December 2002, all financial information regarding the cost of vitrification for OU1 had not yet been received by the DNR. New updated cost information was provided in June of 2003.

2.    The estimated time to complete the land filling process is three to six years. The estimated time to complete vitrification is seven years.

3.    Vitrification is currently being considered as a viable means of PCP elimination for Operable Unit 3 and Operable Unit 4 of the Fox River cleanup project.

On pages 60 and 61 of the ROD for OU1 it should be noted that the criteria for evaluating the methods of handling the PCB sediments dredged from Little Lake Butte des Morts include both land filling and vitrification. These Petitioners take exception to the categorization of land filling as being a long-term solution. The dredging process may be a long-term solution for the clean up of the Fox River, but land filling is not a long-term solution for ridding the environment of this toxic substance. Vitrification accomplishes the long-term elimination objective with certainty. Land filling does not accomplish this objective because the PCB molecules are merely relocated from one location (the lake)

9    **OU1 COM 284**

to another (the landfill). Interestingly, the cost of utilizing vitrification for OU1 in the ROD attached to the Consent Decree is listed as $63.6 million and the cost of land filling is listed at $66.2 million. (See ROD page 61). The unit cost of vitrification is impacted by the length of time over which the vitrification plant will operate, which in turn is a function of the volume of sediments to be processed.

The Town of Vinland officials asked Ed Lynch of the Wisconsin DNR at the time of his presentation on September 24, 2003 why vitrification was not selected as the favored remedy over land filling. His answer was that the land filling would be accomplished sooner and all parties involved in the clean-up process were anxious to get underway. The Town officials responded by saying that the difference between three to six years for relocating the problematic PCB sediments compared to seven years for permanently eliminating the PCBs from the environment did not justify rushing the landfill remedy to solve a PCB environmental problem, which has been developing slowly over the past many decades. One extra year for vitrification seems to be an insignificant delay.

Mr. Lynch acknowledged, upon questioning by Town responsibilities, that had the most recent unit cost estimates by Minergy for vitrification been available when the Record of Decision was issued for OU1, it is possible vitrification may have been considered to be the favored and selected remedy instead of land filling.

This Petition is supported by copies of Affidavits from the following individuals, which original Affidavits were submitted as part of public commentary to the United States Department of Justice in the case of *USA v. Glatfelter and WTM 1 Company*, U.S. District Court, Eastern District of Wisconsin, Case No. 03-C-999 (E.D. Wis.).

1.    J.W. Spear, Consulting Professional Engineer, J. Spear Associates, 2010 North First Street, Milwaukee, Wisconsin 53212-3202, employed by the Town of Vinland.

2.    Raymond Batley, Town Chairman, Town of Vinland, 1519 Cowling Bay Road, Neenah, Wisconsin 54956

3.      Leonard Leverence, Director of Solid Waste, Winnebago Solid Waste Management Board, 100 W. County Road Y, Oshkosh, Wisconsin 54901.

4.      Steven J. Spanbauer, Town Chairman, Town of Neenah, 490 Sunrise Bay Road, Neenah, Wisconsin 54956.

5.      Charles D. Koehler, Herrling, Clark, Hartzheim & Siddall Ltd., 800 North Lynndale Drive, Appleton, Wisconsin 54914, attorney for the Town of Vinland.

## D.      Future Financial Security/Responsibility.

Currently Wisconsin Statutes Section 289.41, which is the legislative chapter regulating solid waste disposal in the State of Wisconsin, requires financial security to be posted for a limited term of forty (40) years following the closure of the landfill. Although the DNR can extend the term there is no assurance that the owner of the landfill will be financially solvent. Current law creates a substantial void in the question of who will bear responsibility for a landfill containing hazardous substances, namely PCB sediments, which will remain actively toxic in the landfill for the next 600 to 800 years. There is no reason why this potential future financial risk should be borne by either local, state, or federal governments when an immediate and permanent remedy is available now at a competitive unit cost. This solution is vitrification. Regardless of changes in the law, regarding length of financial security to be provided, or administrative extensions of the term of security, there is no assurance that the responsible companies will even exist for the length of time necessary to back up the financial security required for the next several centuries for monitoring, repair, and replacement or reconstruction of the proposed landfill to contain these PCB sediments. This financial risk is further support for the immediate and permanent remedy of vitrification. The financial responsibility for vitrification should rest with the responsible corporations even if the payout continues for a little longer time than originally projected for land filling. The responsible parties profited from the processes creating the pollution, and now their future profits should be used for cleaning up the pollution. This should not be a taxpayer responsibility. The opportunity exists now to place responsibility where it belongs.

## CONCLUSION

The land filling of the PCB sediments from OU1, Little Lake Butte des Morts, simply relocates this toxic substance when a clean and efficient full neutralization method is available, has been tested, and involves a company (Minergy) seemingly eager to undertake the task. It raises serious long-term environmental questions to transfer this problem to scores of future generations when a permanent solution can be implemented to terminate this environmental problem now. The ROD for OU1 should be amended to designate vitrification as the selected disposition remedy for the ultimate disposal of the PCB sediments.

The undersigned municipalities making this public comment do not want the PCB sediments to be placed in a landfill which will have to be monitored for an indefinite future time estimated to range from 600 to 800 years in the future.

On behalf of all Petitioners thank you for considering this information.

## SIGNATURES

See Petitioners' signatures on following page(s).

# PETITIONERS' SIGNATURES
## ROD AMENDMENT

TOWN OF VINLAND

By: _Raymond T. Batley_
   Raymond T. Batley, Chairman
   6085 County Road T
   Oshkosh, WI 54904
   920-235-6953

TOWN OF WINNECONNE

By: *_____
   Harvey J. Rengstorf, Chairman
   6494 County Road M
   Winneconne, WI 54986
   920-582-3260

TOWN OF OSHKOSH

By: *_____
   Gerald Frey, Chairman
   230 East County Road Y
   Oshkosh, WI 54901
   920-231-5887

WINNEBAGO COUNTY

By: *_____
   Jane Vande Hey, County Exec.
   448 Algoma Blvd.
   Oshkosh, WI 54901

TOWN OF CLAYTON

By: *_____
   Arden E. Schroeder, Chairman
   8538 County Road T
   Larsen, WI 54947
   920-836-2007

TOWN OF NEENAH

By: *_____
   Steven Spanbauer, Chairman
   1600 Breezewood Lane
   Neenah, WI 54956
   920-725-0916

TOWN OF WINCHESTER

By: *_____
   Michael Schlim Chairman
   8522 Park Way
   Larsen, WI 54947
   920-836-2948

TOWN OF NEKIMI

By: *_____
   Ronald Miller, Chairman
   3790 Pickett Road
   Oshkosh, WI 54901
   920-235-0615

*REMAINING SIGNATURE PAGES CURRENTLY IN CIRCULATION.

OU1 COM 288

13