# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S.

Plaintiff,

v.

P.H. Glatfelder Co

Defendant.

Case No. 03C949

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 10:30 am
Deputy Clerk: MME

Date: 3/22/04
Concluded: 10:45 am
Court Reporter: —

Appearances:
Plaintiff: Randall Stone 202/514-1308
Jerry Hancock — in person
Defendant: Patrick Zaepfel 717/225-2978
Nancy Peterson — in person
David Mandelbaum 215/864-8102

Nature of Conference: Status   ☒ telephonic

Notes:

Parties urged Court to act promptly