UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
and the STATE OF WISCONSIN

           Plaintiffs,                CIVIL ACTION NO. 03-C-0949

    v.

P. H. GLATFELTER COMPANY         The Honorable Lynn Adelman
and
WTM I COMPANY
(f/k/a Wisconsin Tissue Mills Inc.),

           Defendants.

## NOTICE OF CORRECTED FILING

      Attached hereto is a corrected version of the "Agreed Supplement to Consent Decree" that was previously filed with the Court on May 7, 2007. This corrected filing is being made because the parties recently discovered that agreed changes that should have been included in that document were inadvertently omitted from the version that was filed with the Court on May 7, 2007. No action by the Court is required in response to this corrected filing.

*Signature Page for Notice of Corrected Filing in <u>United States and the State of Wisconsin v. P.H.</u>*
*<u>Glatfelter Company and WTM I Company</u>, Case No. 03-C-0949 (E.D. Wis.)*

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

Dated: September 13, 2007

*<u>s/ Randall M. Stone</u>*
RANDALL M. STONE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Phone:       (202) 514-1308
Fax:          (202) 616-6584
E-Mail:      Randall.Stone@USDOJ.GOV

STEVEN M. BISKUPIC
United States Attorney

MATTHEW V. RICHMOND
Assistant United States Attorney
Eastern District of Wisconsin
U.S. Courthouse and Federal Building - Room 530
517 E. Wisconsin Avenue
Milwaukee, WI 53202

## CERTIFICATE OF SERVICE

Pursuant to Paragraph 124 of the Consent Decree in this action, I hereby certify that copies of the foregoing Notice of Corrected Filing (and the accompanying corrected version of the Agreed Supplement to Consent Decree) were served on this date by first-class mail, postage prepaid, upon the following individuals:

Nancy K. Peterson
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497

J.P. Causey Jr.
Vice President & Corporate Secretary
WTM I Company
c/o Chesapeake Corporation
1021 E. Cary Street
Box 2350
Richmond, VA 23218-2350

Patrick H. Zaepfel
Meyer, Unkovic & Scott, LLP
110 East King Street
Lancaster, PA 17602

David G. Mandelbaum
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Jerry L. Hancock
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

Matthew V. Richmond
Assistant United States Attorney
Eastern District of Wisconsin
U.S. Courthouse and Federal Building - Room 530
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Richard Murawski
Associate Regional Counsel (C-14J)
U.S. Environmental Protection Agency
77 W. Jackson Blvd.
Chicago, IL 60604

Douglas P. Dixon
U.S. Environmental Protection Agency
Ariel Rios Building - Mail Code 2272A
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460

Dated: September 13, 2007

*s/ Randall M. Stone*