UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
and the STATE OF WISCONSIN,

    Plaintiffs,

    v.

P. H. GLATFELTER COMPANY
and
WTM I COMPANY
(f/k/a Wisconsin Tissue Mills Inc.),

    Defendants.

CIVIL ACTION NO. 03-c-0949

The Honorable Lynn Adelman

**ORDER**

Upon consideration of Motion of Defendant P.H. Glatfelter Company for a Case Management Order, and any response thereto, the Motion is hereby **GRANTED**.

**IT IS ORDERED** that:

    1.    a.    Defendants P.H. Glatfelter Company and WTM I Company shall file an answer to the complaint within fourteen (14) days of the date of this Order, and shall serve a copy upon each other party in accordance with the Federal Rules of Civil Procedure.

          b.    No party shall amend the pleadings or join any other party to this action, nor shall any party assert any counterclaim, cross-claim, or third-party claim without leave of Court, until the Court issues an Order resolving (i) whether plaintiffs have proven that defendants are responsible parties within the meaning of 42 U.S.C. § 9607(a), for response actions downstream of OU1 due to releases or threatened releases of hazardous substances "from OU1" and (ii) defendants' affirmative defense that a reasonable basis exists to apportion defendants' shares of any such liability.

c. The time allowed for amending the pleadings, joining additional parties, and asserting counterclaims, cross-claims, and third-party claims under any applicable Federal or Local Rule of Civil Procedure is hereby stayed until further Order of the Court.

2. a. Discovery in this matter shall be limited initially to information regarding (a) defendants' liability for injunctive relief arising from releases "from OU1" and (b) defendants' affirmative defense that any such liability is apportionable.[*]

b. No later than twenty-one (21) days after the date of this Order, the parties shall meet and confer to establish a schedule for disclosing the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. Information must be disclosed pursuant to this subparagraph to the extent it bears on either of the two issues identified in Paragraph 2.a. of this Order.

c. Discovery on any other claim or issue is hereby stayed until further Order of the Court.

3. All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than April 25, 2008.

4. a. i. Each plaintiff shall designate any expert witnesses that it intends to call at trial on the question of defendants' liability for injunctive relief to do work downstream of OU1 arising from releases "from OU1" and shall provide defendants with an expert report for each expert witness pursuant to Civil L.R. 26.1 no later than March 21, 2008.

---

[*] The Court intends to use the term "apportionable" in its technical sense as distinct from, and *not* synonymous with, "allocable." When a reasonable basis for apportionment exists, defendants are not jointly and severally liable under CERCLA. When no such basis exists, defendants are jointly and severally liable, but on a contribution claim, a court may allocate those costs using such equitable factors as it deems appropriate. 42 U.S.C. § 9613(f)(1).

ii. Each defendant shall designate any expert witnesses that it intends to call at trial in its affirmative case on apportionment and shall provide the plaintiffs with expert reports pursuant to Civil L.R. 26.1 no later than March 21, 2008.

b. Any responsive expert report shall be served by April 11, 2008.

c. Any expert discovery on an issue other than those identified in Paragraph 4.a. of this Order is hereby stayed until further Order of the Court.

5. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37.1, by including:

> a written statement by the movant that, after personal consultation with the party adverse to the motion and after sincere attempts to resolve their differences, the parties are unable to reach an accord. The statement must also recite the date and time of such conference and the names of all parties participating in it.

6. a. On or before May 12, 2008, all dispositive motions shall be served and filed.

b. All summary judgment motions and briefing thereon must comply with Civil L.R. 7.1 and 56.2.

7. On July 1, 2008, at 1:30 p.m., a final pretrial and settlement conference regarding the issues identified in Paragraph 2 of this Order only, will be held in Room 364 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, pursuant to Civil L.R. 16.2.

8. This case will be called for trial on the issues identified in Paragraph 2 of this Order on _____, 2008.

9. The court expects counsel to confer and to make a good faith effort to settle the issues identified in Paragraph 2 of this Order.

10. Discovery and trial on any issue other than those identified in Paragraph 2 of this Order is stayed until further Order of this Court.

**SO ORDERED** at Milwaukee, Wisconsin, this _____ day of _____, 2007.

_____
LYNN ADELMAN
District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and the STATE OF WISCONSIN,<br><br>       Plaintiffs,<br><br>       v.<br><br>P. H. GLATFELTER COMPANY<br>and<br>WTM I COMPANY<br>(f/k/a Wisconsin Tissue Mills Inc.),<br><br>       Defendants. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 03-c-0949<br>:<br>:<br>:<br>:  The Honorable Lynn Adelman<br>:<br>:<br>:<br>:<br>: |

## MOTION OF DEFENDANT P.H. GLATFELTER COMPANY FOR A
## CASE MANAGEMENT ORDER

Pursuant to Rules 16 and 42 of the Federal Rules of Civil Procedure, defendant P.H. Glatfelter Company hereby moves for entry of a case management order in the form attached to this motion. Support for this motion is set forth in the attached memorandum with exhibits.

Respectfully submitted,

*s/ David G. Mandelbaum*
David G. Mandelbaum
Harry Weiss*
Marc E. Davies*
Ronald M. Varnum*
Jennifer E. Simon*

Attorneys for Defendant P.H. Glatfelter Company

Of Counsel:

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
(215) 864-8102 (Mr. Mandelbaum direct)
(215) 864-9761 (facsimile)
mandelbaum@ballardspahr.com
weiss@ballardspahr.com
davies@ballardspahr.com
varnumr@ballardspahr.com
simonj@ballardspahr.com

*Applications for admission are pending for Messrs. Weiss, Davies and Varnum and Ms. Simon. Each is admitted to practice before the courts of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

Dated: November 20, 2007

# CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of November, 2007, a true and correct copy of the foregoing Motion of Defendant P.H. Glatfelter Company for a Case Management Order was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, a true and correct copy was served via first-class mail, postage prepaid, upon the following:

Matthew V. Richmond, Esquire
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E. Wisconsin Avenue
Room 530
Milwaukee, WI 53202

Randall M. Stone, Esquire
United States Department of Justice (DC)
Environment & Natural Resources Division
P. O. Box 7611
Washington, DC 20044

Jerry L. Hancock, Esquire
Wisconsin Department of Justice
Office of the Attorney General
17 W. Main Street
P. O. Box 7857
Madison, WI 53707-7857

William H. Harbeck, Esquire
Quarles & Brady, LLP
411 E. Wisconsin Avenue
Suite 2040
Milwaukee, WI 53202-4497

Daniel C. Beckhard, Esquire
United States Department of Justice (DC)
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Jeffrey A. Spector, Esquire
United States Department of Justice (DC)
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Thomas L. Sansonetti, Esquire
United States Department of Justice (DC)
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

                                              *s/ David G. Mandelbaum*
                                              David G. Mandelbaum
                                              Harry Weiss
                                              Marc E. Davies
                                              Ronald M. Varnum
                                              Jennifer E. Simon
                                              BALLARD SPAHR ANDREWS &
                                              INGERSOLL, LLP
                                              A Pennsylvania Limited Liability Partnership
                                              1735 Market Street, 51st Floor
                                              Philadelphia, Pennsylvania 19103
                                              Tel. 215-665-8500

                                              Attorneys for Defendant,
                                              P.H. Glatfelter Company