UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
and the STATE OF WISCONSIN,

    Plaintiffs,

    v.

P.H. GLATFELTER COMPANY
and
WTM I COMPANY
(f/k/a Wisconsin Tissue Mills Inc.),

    Defendants.

CIVIL ACTION NO. 03-C-0949

The Honorable Lynn Adelman

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on December 14, 2007, I electronically filed WTM I's Response to Glatfelter's Motion for a Case Management Order with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    David Mandelbaum
    Matthew V. Richmond
    Randall M. Stone

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

    Daniel C. Beckhard
    United States Department of Justice
    Environment & Natural Resources Division
    P.O. Box 7611
    Washington, D.C. 20044

QBACTIVE\6009192.1

Case 2:03-cv-00949-LA     Filed 12/14/07     Page 1 of 2     Document 31

Jerry L. Hancock
Wisconsin Department of Justice
Office of the Attorney General
17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857

Thomas L. Sansonetti
United States Department of Justice (DC)
Environmental & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044

Jeffrey A. Spector
United States Department of Justice (DC)
Environmental & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044

s/William H. Harbeck
William H. Harbeck (#1007004)
Attorneys for Defendant WTM I Company
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497
Telephone: (414) 277-5853
E-mail: whh@quarles.com